Case No. 6:22-MJ-164



FILED

APR 2 5 2024

Clerk, U.S. District Court
Texas Eastern

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

The Weickgenant Family, as
*The Secured Party, Injured Party*

*Petitioner, Plaintiff,*

v.

"U.S. DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE (IRS), *et al.*, as
*The Debtors*

*Defendants, Respondents.*

**Counter-Claim and Deprivation of Civil Rights
Claim for Harm and Damages by Smith County**

## SUBPOENA DUCES TECUM,
## BRIEF FOR BILL OF PARTICULARS

Tom Weickgenant L.S. &
The Weickgenant Family

*Material Fact Witness
& The Injured Party*

c/o 14816 Eastside Rd.
Tyler, Texas [75707-9998]
Phone: (469) 807-0750
E: tomw@tewandassociates.com

TE Weickgenant & Associates,
Inc.

*Private Spendthrift Trust*

c/o 8117 Preston Rd, Suite 300W
Dallas, TX [75225-9998]

*Attorney-in-Fact for Defendant in Error*

1

## CERTIFICATE OF SERVICE:
## SENT TO RESPONDENTS and/or DEFENDANTS
### *Individually & Personally*

*Respondent 1:* **INTERNAL REVENUE SERVICE**
   *Attention:* "**Daniel Werfel**" as US Commissioner of Internal Revenue
   c/o 1111 Constitution Avenue Northwest,
   Washington, District of Columbia, DC. 20224
   Phone: (202) 622-5000
   USPS Certified Mail #: 9589 0710 5270 1736 0753 90

*Respondent 2:* **INTERNAL REVENUE SERVICE**
   *Attention:* "**Jonathan Warsh**" as Chief of Staff
   c/o 1111 Constitution Avenue Northwest,
   Washington, District of Columbia, DC. 20224
   Phone: (202) 622-5000
   USPS Certified Mail #: 9589 0710 5270 1736 0754 06

*Respondent 3:* **INTERNAL REVENUE SERVICE**
   *Attention:* "**Margie Rollinson**" as IRS Chief Counsel
   c/o 1111 Constitution Avenue Northwest,
   Washington, District of Columbia, DC. 20224
   Phone: (202) 622-5000
   USPS Certified Mail #: 9589 0710 5270 1736 0754 13

*Respondent 4:* **INTERNAL REVENUE SERVICE**
   *Attention:* "**Douglas (Doug) O'Donnell**" as Deputy Commissioner
   c/o 1111 Constitution Avenue Northwest,
   Washington, District of Columbia, DC. 20224
   Phone: (202) 622-5000
   USPS Certified Mail #: 9589 0710 5270 1736 0754 20

*Respondent 5:* **INTERNAL REVENUE SERVICE**
   *Attention:* "**Kenneth Corbin**" as Chief of Taxpayer Services
   c/o 1111 Constitution Avenue Northwest,
   Washington, District of Columbia, DC. 20224
   Phone: (202) 622-5000
   USPS Certified Mail #: 9589 0710 5270 1736 0754 37

2

*Respondent 6:* **INTERNAL REVENUE SERVICE**
    *Attention:* "**Heather Maloy**" as Chief Tax Compliance Officer
    c/o 1111 Constitution Avenue Northwest,
    Washington, District of Columbia, DC. 20224
    Phone: (202) 622-5000
    USPS Certified Mail #: 9589 0710 5270 1736 0754 44

*Respondent 7:* **INTERNAL REVENUE SERVICE**
    *Attention:* "**Guy Ficco**" as Chief Criminal Investigation
    c/o 1111 Constitution Avenue Northwest,
    Washington, District of Columbia, DC. 20224
    Phone: (202) 622-5000
    USPS Certified Mail #: 9589 0710 5270 1736 0754 51

*Respondent 8:* **INTERNAL REVENUE SERVICE**
    *Attention:* "**Melanie Krause**" as Chief Operating Officer
    c/o 1111 Constitution Avenue Northwest,
    Washington, District of Columbia, DC. 20224
    Phone: (202) 622-5000
    USPS Certified Mail #: 9589 0710 5270 1736 0754 68

*Respondent 9:* **INTERNAL REVENUE SERVICE**
    *Attention:* "**Teresa Hunter**" as Chief Financial Officer
    c/o 1111 Constitution Avenue Northwest,
    Washington, District of Columbia, DC. 20224
    Phone: (202) 622-5000
    USPS Certified Mail #: 9589 0710 5270 1736 0754 75

*Respondent 10:* **INTERNAL REVENUE SERVICE**
    *Attention:* "**Erin M. Collins**" as National Taxpayer Advocate Service
    c/o 1111 Constitution Avenue Northwest,
    Washington, District of Columbia, DC. 20224
    Phone: (202) 622-5000
    USPS Certified Mail #: 9589 0710 5270 1736 0754 82

*Respondent 11:* **INTERNAL REVENUE SERVICE**
    *Attention:* "**Elizabeth Askey**" as Chief of Independent Office of Appeals
    c/o 1111 Constitution Avenue Northwest,
    Washington, District of Columbia, DC. 20224
    Phone: (202) 622-5000
    USPS Certified Mail #: 9589 0710 5270 1736 0754 99

*Respondent 12:* **INTERNAL REVENUE SERVICE**
  *Attention:* "**Charles Walper**" as Special Agent
  c/o 1111 Constitution Avenue Northwest,
  Washington, District of Columbia, DC. 20224
  Phone: (214) 413-5849
  USPS Certified Mail #: 9589 0710 5270 1736 0755 05

*Sent to Respondents Individual & Personally*

## CC: TO LAW ENFORCEMENT DEPARTMENTS

*CC: (13):* **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**
  *Attention:* "**Roy Payne**" as Magistrate Judge
  *Texas Bar Card Number: 24086339*
  Sam B. Hall, Jr. Federal Building and United States Courthouse
  c/o 100 East Houston Street, Marshall, TX 75670
  Phone: (903) 935-2498
  USPS Certified Mail #: 9589 0710 5270 1736 0755 12

*CC: (14):* **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**
  *Attention:* "**J. Rodney Gilstrap**" as Chief Judge
  *Texas Bar Card Number: 07964200*
  Sam B. Hall, Jr. Federal Building and United States Courthouse
  c/o 100 East Houston Street, Marshall, TX 75670
  Phone: (903) 935-2498
  USPS Certified Mail #: 9589 0710 5270 1736 0755 29

*CC: (15):* **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**
  *Attention:* "**Damien Diggs**" as U.S. Attorney
  *Texas Bar Card Number: 24135025*
  Sam B. Hall, Jr. Federal Building and United States Courthouse
  c/o 100 East Houston Street, Marshall, TX 75670
  Phone: (903) 935-2498
  USPS Certified Mail #: 9589 0710 5270 1736 0755 36

4

*CC: (16):* **UNITED STATES POSTAL SERVICE: OFFICE OF INSPECTOR GENERAL**
*Attention:* "**Tammy Hull**" as Inspector General, USPS
USPS Office of Inspector General
c/o 1735 N. Lynn Street, Arlington, VA 22209-2020
Phone: (703) 248-2100
USPS Certified Mail #: 9589 0710 5270 1736 0755 43

*CC: (17):* **U.S. DEPARTMENT OF THE TREASURY**
*Attention:* "**Janet Yellen**"
as United States Secretary of the Treasury
c/o 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220
(202) 622-2000
USPS Certified Mail #: 9589 0710 5270 1736 0755 50

*CC: (18):* **U.S DEPARTMENT OF JUSTICE; OFFICE OF THE ATTORNEY GENERAL**
*Attention:* "**Merrick B. Garland**" as U.S. Attorney General
U.S. Department of Justice
c/o 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
(202) 353-1555
USPS Certified Mail #: 9589 0710 5270 1736 0755 67

*CC: (19):* **U.S DEPARTMENT OF JUSTICE; OFFICE OF THE ATTORNEY GENERAL**
*Attention:* "**Kristen Clarke**" as U.S. Assistant Attorney General
U.S. Department of Justice – Civil Rights Division
c/o 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
(202) 514-3847
USPS Certified Mail #: 9589 0710 5270 1736 0755 74

*CC: (20):* **U.S DEPARTMENT OF JUSTICE; OFFICE OF THE ATTORNEY GENERAL**
*Attention:* "**Marcus Busch**" as Assistant United States Attorney
*Texas Bar Card Number: 03493300*
c/o 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
(214) 850-5838
USPS Certified Mail #: 9589 0710 5270 1736 0755 81

*CC:* *(21):* **U.S DEPARTMENT OF JUSTICE; OFFICE OF THE INSPECTOR**
*Attention:* "<u>General Michael E. Horowitz</u>" as The Inspector General of the Department of Justice (DOJ)
c/o 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
(202) 514-3435
USPS Certified Mail #: 9589 0710 5270 1736 0755 98

*CC:* *(22):* **U.S. MARSHALL'S OFFICE; EASTERN DISTRICT OF TEXAS**
*Attention:* "<u>U.S. Marshal John M. Garrison</u>"
William M. Steger Federal Building and United States Courthouse
c/o 211 West Ferguson Street, 4th Floor, Tyler, TX 75702-7200
(903) 590-1370
USPS Certified Mail #: 9589 0710 5270 1736 0756 04

*CC:* *(23):* **U.S DEPARTMENT OF JUSTICE; U.S. MARSHALL'S OFFICE**
*Attention:* "<u>Director Ronald L. Davis</u>"
William M. Steger Federal Building and United States Courthouse
c/o 1215 S. Clark St., Arlington, VA 22202
(202) 307-9100
USPS Certified Mail #: 9589 0710 5270 1736 0756 11

*CC:* *(24):* **OFFICE OF THE TEXAS GOVERNOR**
*Attention:* "<u>Governor Greg Abbot</u>"
c/o 1100 San Jacinto Blvd, Austin, TX 78701
(512) 463-2000
USPS Certified Mail #: 9589 0710 5270 1736 0756 28

*CC:* *(25):* **TEXAS ATTORNEY GENERAL'S OFFICE**
*Attention:* "<u>Warren Kenneth Paxton Jr.</u>"
Office of the Attorney General
c/o 300 W. 15th Street, Austin, TX 78701
(214) 330-4591
USPS Certified Mail #: 9589 0710 5270 1736 0756 35

*CC:* *(26):* **TEXAS RANGERS OFFICE; HEADQUARTERS AUSTIN TEXAS**
c/o PO Box 4087, Austin, Texas 78773-0600

6

(512) 424-2160
USPS Certified Mail #: 9589 0710 5270 1736 0756 42

*CC: (27):* **TEXAS RANGERS OFFICE; HEADQUARTERS COMPANY "F"**
c/o Fort Fisher Park, 102 Texas Ranger Trail, Waco, TX 76706
(254) 754-2303
USPS Certified Mail #: 9589 0710 5270 1736 0756 59

*CC: (28):* **TEXAS RANGERS OFFICE; COMPANY "B"**
c/o 350 W. IH 30, Garland, TX 75043
(214) 861-2360
USPS Certified Mail #: 9589 0710 5270 1736 0756 66

*CC: (29):* **CITY OF TYLER, TEXAS MAYOR'S OFFICE**
*Attention:* "**Mayor Don Warren**"
c/o 245 S Broadway Ave, Tyler, TX 75702
(903) 504-3171
USPS Certified Mail #: 9589 0710 5270 1736 0756 73

*CC: (30):* **COUNTY COMMISSIONER'S OFFICE; COMMISSIONERS COURT**
*Attention:* "**County Judge Neal Franklin**"
c/o 200 E Ferguson St., Tyler, TX 75702
(903) 590-4605
USPS Certified Mail #: 9589 0710 5270 1736 0756 80

*CC: (31):* **COUNTY COMMISSIONER'S OFFICE; COMMISSIONERS COURT**
*Attention:* "**Pam Frederick (Precinct 1)**"
c/o 200 E Ferguson St., Tyler, TX 75702
(903) 590-4605
USPS Certified Mail #: 9589 0710 5270 1736 0756 97

*CC: (32):* **COUNTY COMMISSIONER'S OFFICE; COMMISSIONERS COURT**
*Attention:* "**John Moore (Precinct 2)**"
c/o 200 E Ferguson St., Tyler, TX 75702
(903) 590-4605
USPS Certified Mail #: 9589 0710 5270 1736 0757 03

7

*CC: (33):* **COUNTY COMMISSIONER'S OFFICE; COMMISSIONERS COURT**
*Attention:* "**Terry Phillips (Precinct 3)**"
c/o 200 E Ferguson St., Tyler, TX 75702
(903) 590-4605
USPS Certified Mail #: 9589 0710 5270 1736 0757 10

*CC: (34):* **COUNTY COMMISSIONER'S OFFICE; COMMISSIONERS COURT**
*Attention:* "**Ralph Caraway Sr. (Precinct 4)**"
c/o 200 E Ferguson St., Tyler, TX 75702
(903) 590-4605
USPS Certified Mail #: 9589 0710 5270 1736 0757 27

*CC: (35):* **SMITH COUNTY SHERIFF'S OFFICE**
*Attention:* "**Larry R. Smith**" as Sheriff
c/o 227 N. Spring Avenue, Tyler, Texas 75702
(903) 590-2661
USPS Certified Mail #: 9589 0710 5270 1736 0757 34

*CC: (36):* **SMITH COUNTY CONSTABLE OFFICE**
*Attention:* "**Head Constable**"
c/o 200 E Ferguson St., Tyler, TX 75702
(903) 590-4605
USPS Certified Mail #: 9589 0710 5270 1736 0757 41

*CC: (37):* **SMITH COUNTY CONSTABLE OFFICE; PRECINCT 1**
*Attention:* "**Constable Ralph Caraway Jr.**"
c/o 308 E. Ferguson, Tyler, Texas 75702
(903) 590-2611
USPS Certified Mail #: 9589 0710 5270 1736 0757 58

*CC: (38):* **SMITH COUNTY CONSTABLE OFFICE; PRECINCT 2**
*Attention:* "**Constable Wayne Allen**"
c/o 15405 Highway 155 South, Tyler, Texas 75703
(903) 590-4840
USPS Certified Mail #: 9589 0710 5270 1736 0757 65

*CC: (39):* **SMITH COUNTY CONSTABLE OFFICE; PRECINCT 3**
*Attention:* "**Constable Jim Blackmon**"

8

c/o 313 E. Duval Street, Troup, Texas 75789
(903) 590-4745
USPS Certified Mail #: 9589 0710 5270 1736 0757 72

*CC: (40):* **SMITH COUNTY CONSTABLE OFFICE; PRECINCT 4**
*Attention:* "**Constable Josh Joplin**"
c/o 14152 Hwy 155 N, Winona, Texas 75792
(903) 590-4871
USPS Certified Mail #: 9589 0710 5270 1736 0757 89

*CC: (41):* **SMITH COUNTY CONSTABLE OFFICE; PRECINCT 5**
*Attention:* "**Constable Wesley Hicks**"
c/o 2616 S. Main, P.O. Box 609, Lindale, Texas 75771
(903) 590-4901
USPS Certified Mail #: 9589 0710 5270 1736 0757 96

*CC: (42):* **SMITH COUNTY CONSTABLE'S CONSTITUTIONAL COUNTY COURT JUDGE**
*Attention:* "**Smith County Judge Neal Franklin**"
c/o 200 E. Ferguson, STE. 100, Tyler, Texas 75702
(903) 590-4610
USPS Certified Mail #: 9589 0710 5270 1736 0758 02

*Sent Carbon Copies to Law Enforcement Departments*

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9

## QUESTIONS PRESENTED

1.    Whether the Internal Revenue Service (IRS), its employees, or agents <u>abused its considerable discretion in defrauding the United States District Court and Honorable Roy Payne as the United States Magistrate Judge by submitting a fabrication of false information in order to obtain a search warrant illegally and unlawfully</u>; which does implicate the **Fourth (4th) Amendment** pursuant to the Constitution of The United States and the court within criminal law and tort law.

2.    Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to prove the overturning of the U.S. Supreme Court Ruling</u> of *"**Eliot v. Freeman**, 220 U.S. 178 (1911)"*; which a Private Trust formed under "Article 1 Section 10" is not "the creation of statutory law or a creature of the State", as cited:

— **Syllabus** —

*"It was the intention of Congress to embrace within the corporation tax provisions of the **Tariff Act of August 5, 1909**, c.6, 36 Stat. 11, 112, only such corporations and joint stock associations as are organized under some statute, or derive from that source some quality or benefit not existing at the common law, <u>we are of opinion that the real estate trusts involved in these two cases are not within the terms of the act</u>."*

*"<u>A trust formed in a State</u>, where statutory joint stock companies are unknown, for the purpose of purchasing, improving, holding and selling land, and which does not have perpetual succession but ends with lives in being and twenty years thereafter, <u>is not within the provisions of the Corporation Tax Law</u>."*

*"<u>The only reasonable interpretation of the act excludes real estate trusts</u>. The appellant has no "capital stock represented by shares." In Massachusetts the holder of shares (so called) in <u>a real estate trust has merely an equitable interest in the property which is held by the trustees</u>. **Hussey v. Arnold, Kinney v. Stevens**, supra. <u>This trust is not "carrying on or doing business</u>." **Parker**

*Mills v. Tax Commissioners,* 23 N. Y. 242; *In re, Ala. & Chatt. R. R. Co.,* 9 Blatchf. 390."

"There is real distinction between "business" on the one hand and "investment" on the other; ... *If interpreted so as to include real estate trusts the act would be unconstitutional.*"

— **Opinion** —

"*Under the terms of the Corporation Tax Law,* corporations and joint stock associations *must be such as are "now or hereafter organized under the laws of the United States* or of any State or Territory of the United States or under the acts of Congress applicable to Alaska or the District of Columbia."

"The pertinent question in this connection is: *Are these trusts organized under the laws of the State?* As we have construed the Corporation Tax Law in the previous cases, **Flint v. Stone Tracy Co.**, ante, *the tax is imposed upon doing business in a corporate or quasi-corporate capacity,* that is, *with the facility or advantage of corporate organization.*"

"It was the purpose of the act to treat corporations and joint stock companies, similarly organized, in the same way, and assess them upon the facility in doing business which is substantially the same in both forms of organization. Joint stock organizations are not infrequently organized under the statute laws of a State, deriving therefrom, in a large measure, the characteristics of a corporation."

"The language of the act ". . . now or hereafter *organized under the laws of the United States,*" *etc., imports an organization deriving power from statutory enactment...* The description of the corporation or joint stock association as one organized under the laws of a State at once suggests *that they are such as are the creation of statutory law, from which they derive their powers* arid are qualified to carry on their operations... *A trust of the character of those here involved can hardly be said to be organized, within the ordinary meaning of that*

*term; it certainly is not organized under statutory laws as corporations are. The difference between joint stock associations at common law and those organized under statutes is well recognized."* (**Cook on Corporations**, § 505)

"*Entertaining the view that it was the intention of Congress to embrace within the corporation tax statute only such corporations and joint stock associations as are organized under some statute, or derive from that source some quality or benefit not existing at the common law, we are of opinion that the real estate trusts involved in these two cases are not within the terms of the act. In that view the decrees in both cases will be reversed and the same remanded to the Circuit Court of the United States for the District of Massachusetts with directions to overrule the demurrers and for further proceedings consistent with this opinion.*" *Reversed.*

Therefore, a Non-Statutory Private Trust formed under "Article 1 Section 10" is not "the creation of statutory law nor a creature of the State". The U.S. Supreme Court Ruling of "**Eliot v. Freeman**, 220 U.S. 178 (1911)"; lawfully defines, categorizes, and validates our non-statutory trust (*private spendthrift copyright trust*) as not being a creature of the state, nor formed within the provisions of the Corporation Tax Law, nor organized under statutory laws as corporations are, and are not within the terms of the Tariff Act of August 5, 1909 and "**there is absolutely no existence of any proof or evidence to the contrary.**"

3. Whether the Internal Revenue Service (IRS), its employees, or agents met their required burden to prove the Internal Revenue Code (IRC) determines "Trust Accounting Income" of which the IRS has publicly stated to the contrary in their *2010 IRS Nationwide Tax Forum Circular,* (See "**Exhibit A**"); as cited:

(a) "*Amount if income of the estate or trust for the taxable year determined under the terms of the governing instrument and applicable local law (IRC §643(b))*"; and

**(b)** *"Commonly referred to as trust accounting income";* and

**(c)** *"IRC does not determine trust accounting income"*

**... the facts are:**

**(a)** Pursuant to 643(b); Income is determined by the governing instrument via "Fiduciary Accounting Income (FAI) also known as Trust Accounting Income (TAI)"; and

**(b)** In FAI, the allocation and reallocation of trust income and principal can only be determined by the "Terms of the Governing Instrument (Indenture)" and the "Applicable Local Law – Uniform Fiduciary Principal and Income Act of 2018 (UFIPA)".

**... therefore, concludes these additional facts:**

**(a)** Pursuant to 643(b) the definition of income is determined by the trust governing instrument (& UFIPA); and

**(b)** The Internal Revenue Service (IRS) cannot audit the private trust (indenture) to determine or define income of the trust; due to the fact that the IRS and the IRC cannot determine the definition of trust income, as they have officially stated; they do not have the ability to determine trust accounting income (TAI, FAI); and

**(c)** Since the IRS and the IRC cannot determine the trust's income nor allocation or reallocation of income or principle with regard to the such allocation or reallocation (*to be allocated*) for the income beneficiary or the remainder beneficiary, therefore, due to the lack of the lawful requirement of discretionary power of which the IRS Corporation and IRC admits to not have; any such IRS audit on trust income or principal to determine income or allocation of income or principal is concluded to be unwarranted, without merit, unsubstantiated, illegal, and unlawful.

**(d)** Furthermore, pursuant to The U.S. Supreme Court Ruling of *"**Eliot v. Freeman (1911)**"*; which lawfully defines and validates our Private Trust (*private spendthrift copyright trust*) being formed under Article 1

13

Section 10: being non-statutory, and is not "the creation of statutory law nor a creature of the State, nor formed within the provisions of the Corporation Tax Law, nor organized under statutory laws as corporations are, and are not within the terms of the Tariff Act of August 5, 1909", therefore any IRS audit may only be permitted through due process; requiring specific and lawful "turnover orders" by a judge of which must list the specifics of such authenticated turnover order, only by reason of "fraudulent conveyance", and any such IRS audit or third party interference, requests, or required performance from any of our party(s) pertaining to our *private spendthrift copyright trust* will activate and give lawful consent to our "Fee Schedule" (See "**Exhibit B**" *and pg.41*) by way of contractual consent by any and all 3rd Party(s).

4.    Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to uphold and honor due process of law</u> pursuant to the **Fifth (5th) Amendment** of the Constitution of The United States... *(as cited) "nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation"* — as lawfully required by the Constitution and the court.

5.    Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to uphold and honor the **Sixth (6th) Amendment** of the Constitution</u> of The United States; which does not deprive any person who may be under investigation, their lawful right... *(as cited) "To be informed of the nature and cause of the accusation"; and "to be confronted with the witness against him"*; and *"to have the assistance of counsel for his defense"* — as lawfully required by the Constitution and the court.

6.    Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to uphold and honor the **Eighth (8th) Amendment** of the Constitution</u> of The United States; which ensures that the rights of the People are not infringed upon... *(as cited) "nor excessive fines imposed, nor*

*cruel and unusual punishments inflicted"*; as lawfully required by the Constitution and the court.

7.    Whether the Internal Revenue Service (IRS), its employees, or agents met their required burden to prove **Article 1 Section 10** of the Constitution of The United States is not in effect, valid, nor applicable; which ensures the People's right to create private contracts under private contract law... *(as cited)* *"No state shall pass any Law impairing the obligation of contracts"* — of which the IRS bears the burden to prove otherwise and any enforcement contrary to Article 1 Section 10 would be a direct violation of the Constitution and the court.

8.    Whether the Internal Revenue Service (IRS), its employees, or agents met their required burden to uphold and honor due process of law, the **Fifth (5th) Amendment** of the Constitution of The United States... *(as cited)* *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.";* — of which the IRS has the burden to prove they obtained the legal and lawful right to raid private property residence and commit armed robbery, with handguns and assault rifles; using deadly lethal force to cause bodily harm against your Affiant and Affiant's wife Sharon; and by stealing over 372+ (gt:738) private spendthrift trusts without the certified lawful turnover order issued by a judge of which must list such turnover order for each specific trust by name. A search warrant is not a "turnover order" for a private spendthrift trust; also, the property of the "private spendthrift trust" is not limited to the assets in corpus (principal) or escrow, but the entire and complete governing instrument (indenture) and corpus of the trust is the foundational property that is wholly "held in trust", by trust. Therefore, the unlawful raid committed by the IRS and its employees or agents committing "grand larceny theft" against the Weickgenant Family as the injured party along with their tax clients; as a result of the such harm, injury, and damage incurred and sustained by the Weickgenant Family and specifically "The Weickgenant Family's Private Spendthrift

Trust (beneficiaries)" has resulted in their trust to become compromised and has now caused the Weickgenant Family to terminate and dissolve "the Weickgenant Family's Private Spendthrift Trust"; therefore causing such irreparable harm, injury, and damage in a monetary amount exceeding $11,000,000.00 ($11M) per family member (beneficiary) of the trust. This amount excludes the harm, injury, and damages incurred and sustained by all members of the Weickgenant Family due to the egregious actions of the IRS and its agents; causing catastrophic damage to the 30+ year Weickgenant Family's Tax Practice: "TE Weickgenant & Associates, Inc." located at 8117 Preston Rd, Suite 300W, Dallas, TX 75225-6332.

**9.** Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to uphold and honor the **Fifth (5th) Amendment** of the Constitution</u> of The United States… *(as cited)* "*nor shall be compelled in any criminal case to be a witness against himself*" — which allows any person in any capacity of such accusation or investigation, affording them the lawful right to have the "<u>Miranda Rights or Warnings</u>" (U.S. Supreme Court case ***Miranda v. Arizona* in 1966**) — read to them by law enforcement prior to being interrogated; of which is their fundamental; "*right to remain silent, right to an attorney, right to be warned anything said can and will be used against the individual in court*" — of which this lawful right of protection against self-incrimination due to being placed under threat, duress and coercion and therefore, the lawful reading of Miranda Rights or Warnings prevents individuals from being unaware of their rights during *police* interrogations; which leads to coerced confessions and potential violations of their constitutional rights, as the reading Miranda Rights or Warnings is lawfully required by the Constitution and the court.

**10.** Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to uphold and honor the</u> (**6th Amendment**) <u>affording the right "to be confronted with the witness against him"</u> – <u>the validated proof of the existence of an injured party known as "Corpus Delicti"</u>; of which the Supreme Courts have ruled "*Without Corpus delicti there can be no crime*" "*In every prosecution for crime it is*

16

*necessary to establish the "corpus delecti", i.e., the body or elements of the crime." **People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185**.* Therefore, pursuant to the U.S. Supreme Court and due process of law, if the corpus delicti bar has not been satisfied, the government cannot prosecute an individual; as lawfully required by the Constitution and the court.

11. Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to prove they did not partake in the **"fruit of the poisonous tree"**</u> by way of illegal and fraudulent search warrant to carry out their unlawful search and seizure; and by using threat by deadly lethal force to cause bodily harm during their unlawful committing their unconstitutional raid against "the Weickgenant Family as 'The People' and injured party" on August 1st, 2022 (8:00am-9:00am) — and unlawful Trespass on private property and residence of '14816 Eastside Rd., Tyler, Texas 75707 of Smith county'; which was egregiously committed by public officials and public officers in violation of due process, including but not limited to the 4th, 5th, 6th, 8th Amendment(s) of the Constitution and by The Supreme Court... *(as cited) "Fruit of the poisonous trees is a doctrine that extends the exclusionary rule to make evidence inadmissible in court if it was derived from evidence that was illegally obtained. As the metaphor suggests, if the evidential "tree" is tainted, so is its "fruit." The doctrine was established in 1920 by the decision in **Silverthorne Lumber Co. v. United States**, and the phrase "fruit of the poisonous tree" was coined by Justice Frankfurter in his 1939 opinion in **Nardone v. United States**. The rule typically bars even testimonial evidence resulting from excludable evidence, such as a confession. Like the exclusionary rule itself, this doctrine is subject to three important exceptions. The evidence will not be excluded: (1) if it was discovered from a source independent of the illegal activity; (2) its discovery was inevitable; (3) or for evidence found as a result of excludable, voluntary testimony from the defendant. Further, if the primary evidence was illegally obtained, but admissible under the good faith exception, its derivatives (or "fruit") may also be admissible."* — as lawfully required by the Constitution and the court.

**12.** Whether the Internal Revenue Service (IRS), its employees, or agents met their required <u>burden to prove their right to supersede the 9th or 10th Amendment(s)</u> of the Constitution; the <u>9th Amendment</u> states that all the rights not listed in the Constitution belong to the people, not the government, and the <u>10th Amendment</u> states that any power or right not specifically listed in the Constitution as belonging to the federal government belongs to individual states or the American people themselves, therefore, as enumerated, by Law: The 10 Commandments of God in Heaven (**Exodus 20:1-17 KVJ**) are codified and in effect as the Law of the Land as the Absolute Rights and Protection for The People and Children of God as "Living Souls" (**Genesis 2:7 KVJ**)— as lawfully required by the Constitution and the court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ii.

# TABLE OF CONTENTS

Table of Contents.................................................................. ii

Table of Exhibits................................................................. iii

Table of Authorities............................................................ iii

Introduction ......................................................................... 1

Statement of Case ............................................................... 12

Affidavit of Truth ............................................................... 13

    I.      [A] Plain Statement of Facts.......................................... 15

    II.     [B] Affiant's First-Hand Witness Testimony
           of Truth of Incident on August 1st, 2022 ...................... 16

    III.    [C] Mandatory Requirement to Report Felony
           Pursuant to 18 U.S. Code § 4 .......................................... 32

    IV.    [D] Valid Proof of Claim For Deprivation of Rights
           Under Color of Law – Civil Rights Violations
           Pursuant to 42 U.S. CODE § 1983 and 18 U.S.
           CODE § 241, § 242 ........................................................ 32

    V.     [E] Lawful Claim of Civil Rights Violations – God
           Given Rights ................................................................... 34

    VI.    [F] Lawful Claim of Constitutional Violations;
           Causing Harm, Injury, and Damages ........................... 36

    VII.   [G] Authority for Fines (Damages) Caused by
           Crimes by Government Officers ................................... 39

    VIII.  [H] Fee Schedule of Injured Parties ............................ 40

    IX.    [I] Calculation of Harm, Injury, Damages for The
           Injured Party ................................................................... 41

    X.     [J] Ledger and Accounting of Injured Parties and
           Harm, Injury, Damages ................................................ 44

    XI.    [K] Lawful Remedy......................................................... 54

    XII.   [L] Relief from Judgement ............................................. 55

    XIII.  [M] Recourse or Redress................................................. 59

    XIV.  [N] Corpus Delicti............................................................ 60

    XV.   [O] Obsta Principiis........................................................ 63

    XVI.  [P] Grand Larceny & Theft by Deception...................... 67

    XVII. [Q] Commercial Crimes.................................................. 68

    XVIII.[R] Trustee De Son Tort ................................................ 69

    XIX.  [S] Fruit of the Poisonous Tree ...................................... 75

    XX.   [T] Tacit Procuration...................................................... 77

Disclaimer............................................................................. 85

iii.

Determination/Stipulation Final ..................................................... 85
Attestation & Autograph................................................................ 88
Witness Autographs ....................................................................... 88

## TABLE OF EXHIBITS

*Exhibits*

Exhibit A:
   *2010 IRS Nationwide Tax Forum Circular* ......... Questions Presented
Exhibit B:
   *Fee Schedule of Injured Parties* ............................................... 40
Exhibit C:
   *Authority for Fines (Damages) Caused by Crimes By*
   *Government Officers*................................................................. 39
Exhibit D:
   *Search Warrant*....................................................................... 22
Exhibit E:
   *Form COL – Color of Law for IRS Special Agent Walper*......... 40
Exhibit F:
   *Dun and Bradstreet D-U-N-S for THE UNITED STATES*
   *DISTRICT COURT FOR THE EASTERN DISTRICT OF*
   *TEXAS;"JUDICIARY COURTS OF THE STATE OF*
   *TEXAS"*................................................................................ 74-75

## TABLE OF AUTHORITIES

*Cases*

*Eliot v. Freeman,*
   220 U.S. 178, 55 L. Ed. 424, 31 S. Ct. 360 (1911) Questions Presented
*Tariff Act of August 5, 1909,*
   *c.6, 36 Stat. 11, 112*.............................................. Questions Presented
*Hussey v. Arnold,*
   & Kinney v. Stevens.............................................. Questions Presented
*Parker Mills v. Tax Commissioners,*

iv.

23 N. Y. 242; In re, Ala. & Chatt. R. R. Co., 9
Blatchf. 390. ......................................................... Questions Presented

*Flint v. Stone Tracy Co.,*

...................................................................... Questions Presented

*Miranda v. Arizona in 1966,*

...................................................................... Questions Presented

*People v. Lopez,*

62 Ca.Rptr. 47, 254 C.A.2d 185. .......................... Questions Presented

*Silverthorne Lumber Co. v. United States,*

...................................................................... Questions Presented, 75

*Nardone v. United States,*

...................................................................... Questions Presented, 75

*Tariff Act of August 5, 1909,*

c.6, 36 Stat. 11, 112 ............................................... Questions Presented

*United States v. Throckmorton,*

98 U.S. 61 (1878) ...................................................... 55,58,74

*Boyd vs. United States, vs. Henkel*

116 U.S. 616, 6 S. Ct. 524, 29 L. Ed. 746 (1886) ...................... 58,59,63,74

*Bradley, J.. Boyd v. U.S.,*

116 U. S. 035, 6 Sup. Ct. 535, 29 L. Ed. 746 ........................... 58,59,63,74

*U.S. v. Will,*

449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980) . 59,64,74

*Sherer v. Cullen,*

481 F. 945. ................................................................. 60

*People v. Lopez,*

62 Ca.Rptr. 47, 254 C.A.2d 185 ............................................. 60

*People v. Sapp,*

73 P.3d 433, 467 (Cal. 2003) ............................................... 60

*People v. Alvarez,*

(2002) 27 Cal.4th 1161, 1168-1169, 119
Cal.Rptr2d 903, 46 P.3d 372 ............................................... 60

*People v. Superior Court,*

126 Cal.Rptr.2d 793. ..................................................... 60

*3 Witlen.,*

Cal. Procedure (3rd ed. 1985) Actions § 44, pp 70-72 ............... 61

*Allen v. Wright,*

(1984) 468 U.S. 737, 752 ................................................. 61

*Clifford S. v. Superior Court,*

45 Cal.Rptr.2d 333, 335 ................................................. 61

v.

*Brown vs. Texas,*
    443 US 47 and Kolender v. Lawson 461 US 352. ...................... 61
*Simon v. Craft,*
    182 US 427 ................................................................................. 62
*McNutt v. General Motors Acceptance Corp,*
    298 U.S. 178 (1936) .................................................................. 62
*MAXFIELD v. LEVY,*
    4 U.S. 330 (1797), 4 U.S. 330 (Dall.) 2 Dall. 381 2
    U.S. 381 1 L.Ed. 424 ................................................................. 62
*Hedges v. Dixon County,*
    150 U. S. 182, 150 U. S. 192 (1893) ........................................ 64
*Cohens v. Virginia,*
    19 U.S. (6 Wheat) 264, 404, 5 L.Ed. 257 (1821) ....................... 64
*People v. Zajic,*
    88 Ill. App.3d 477, 410 N.E.2d 626 (1980) ............................... 64
*Cooper v. Aaron,*
    358 U.S. 1, 78 S.Ct. 1401 (1958) .............................................. 64
Sawyer
    124 U.S. 200 (1888) .................................................................. 64
*Cooper v. Aaron,*
    358 U.S. 1, 78 S.Ct. 1401 (1958) .............................................. 64
*U.S. v. Will,*
    449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980) . 64
Bulloch v. United States
    763 F.2d 1115, 1121 (10th Cir. 1985) ...................................... 65
The People of the State of Illinois v. Fred E. Sterling
    357 Ill. 354; 192 N.E. 229 (1934) ............................................ 65
Allen F. Moore v. Stanley F. Sievers
    336 Ill. 316; 168 N.E. 259 (1929) ............................................ 65
In re Village of Willowbrook
    37 Ill. App.2d 393 (1962) .......................................................... 65
Dunham v. Dunham
    57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896) .................. 65
Skelly Oil Co. v. Universal Oil Products Co.
    338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949) ........................... 65
Thomas Stasel v. The Federal law
    .................................................................................................... 65
Supreme Court Ruling of 1795, Penhallow v. Doane's Administraters
    3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54 .............................................. 66

vi.

Porter v. Porter
(N.D. 1979 ) 274 N.W.2d 235 ñ ................................................... 66
Trinsey v. Pagliaro D.C.Pa. 1964
229 F. Supp. 647 ................................................................. 66
United States v. Lovable
431 U.S. 783, 97 S. 2004, 52 L.Ed.2d 752 ................................. 66
Gonzales v. Buist
224 U.S. 126 (1912) .......................................................... 66
Deyo v. Detroit Creamery Co. (Mich 1932)
241 N.W.2d 244 ............................................................... 67
Bell Atlantic Corp. v. Twombly
550 U.S. 554 (2007) ......................................................... 86
Swierkiewicz v. Sorema N.A.
534 U.S. 506 (2002) ......................................................... 86
Hernandez v. New York
500 US 352 (1991) ........................................................... 86
Connally v. General Construction Co.
269 U.S. 385, 391 ........................................................... 86
U.S. v. Tweel
550 F. 2d. 297 ............................................................... 86

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1.

# INTRODUCTION

Justice is long overdue for "The People", the law-abiding Americans, of whom deserve fairness, law and order as the beneficiaries of The Constitution of The United States Trust via the public servants and officials who have sworn under oath to uphold the Laws of said Constitution of which are the Trustees.

Counsel would have one put faith in a motion to: "dismiss this case with prejudice 'for failure to state a cause of action for which relief can be granted' (See Fed. R. Civ. P.12[b][6])".

The legal maxim *"Justice delayed is justice denied"* means that if legal redress or equitable relief to an injured party is available, but is not forthcoming in a timely fashion, it is effectively the same as having no remedy at all. Therefore, if justice is not granted to the victim in a timely manner and continues to be delayed, as such it will not be called justice but rather an injustice; due a greater amount of harm, injury, and or damage sustained by and incurred upon the victim.

And this legal maxim speaks to the crux of this matter or value in controversy is: *"'Fraud vitiates everything'* and a judgment equally with a contract; that is, a judgment obtained directly by fraud, and not merely a judgment founded on a fraudulent instrument; for, in general, the court will not go again into the merits of an action for the purpose of detecting and annulling the fraud." (See: The Supreme Court Ruling *United States v. Throckmorton*, 98 U.S. 61 [1878])

What substantiates an injured party's claim for fraud? Or injustice? Let's see if these chain of events listed below pass the litmus test as to when the line for fraud or injustice *"under color of law"* has been crossed or violated:

### *Would it be when...*

A. If you could imagine... during the beautiful morning of Monday, August 1st, 2022, from 8am-9am (*cst*), 623 days from today; a group of 5-7 men (*and 1 woman*) storm onto your private property, placing themselves at your doorstep, all unannounced and refusing to identify themselves, as all of them are lethally armed with handguns and AR-15 assault rifles to unlawfully raid your private property and within home while

24

2.

your wife is sound asleep? *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

**B.** *Or would it be when...* they place you under extreme stress and duress with their weapons and tell you they have a search warrant but then deny you the right to see the search warrant? *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel*

**C.** *Or would it be when...* they ask you if anyone is home, you inform them that your wife Sharon is asleep in your bedroom, saying to them, "yes, my wife is in there sleeping and it would best if I wake her up", for them to block me from the front door of my residence saying to me, "no, we will get her(?)!" *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

**D.** *Or would it be when...* out of fear for the safety of your wife's life and your own, you realize this is an unlawful intrusion and aggressive trespass against your family being committed by these unidentified and armed men; that you firmly state, "I would like to call my attorney!" just to have them say, "no!", and proceed to enter your private residence and home(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

**E.** *Or would it be when...* these men violate the privacy of your innocent wife lying sound asleep in our master bedroom, I will never forget feeling helpless to witness her, having assault weapons pointed at her and the men yelling at her, "show us your hands and get out of bed!" seeing her countenance on her face fall, the sheer fear and terror in her eyes, as

25

3.

they used threat of deadly lethal forced to terrify her out of bed; I was held against my will by lethal force, I could not help or comfort her, and yes, she was forced out of bed in the presence of all these men with their assault weapons formed against her, in their perversion watching her get out of bed in her state of anguish being indisposed in her nakedness, as if they were pleased to witness her nakedness and torment with their weapons drawn against her, to what I will never forget, it was absolutely unimaginable and disgusting for a husband for the past 47 years... to be forced to witness such an egregious act against my wife; what I have realized now, my wife Sharon's state of indecency was a scene that brought great pleasure to them all. As a matter of fact, I know there is a law enforcement agency protocol for law enforcement officers to call in and utilize a backup female officer to handle a female suspect in a traffic stop or search, and yes there was one female on the scene of this unconstitutional and terroristic raid, however, these men did not utilize any safety/moral protocol in handling my wife Sharon, the female who was on the scene was not utilized to assist my wife in her indisposed and indecent state. In conclusion, this was an absolute act of terrorism against my wife and my family, and what they did to my wife in our bedroom... it was an act of perversion and indecency by men. Due to the actions of these men, Sharon suffers from what seems to be a state of survival mode, she lives in and with an insurmountable amount of stress, duress, sheer fear, and terror, and she now suffers from PTSD(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

F.  *Or would it be when...* a group of men using deadly lethal force with their assault guns (AR15) to commit bodily harm against you and your wife,

26

4.

using their assault weapons to detain and arrest you against your will, without identifying themselves, as they commit a ransacking and damage of your entire home, depriving your family's right to have an attorney (*counsel*); and then continue to force you and your wife to comply by moving you both outside your home onto your outside deck area to then berate and interrogate the two of you? *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

G.    *Or would it be when...* after these men force you and your wife to be under arrest for hours without the ability to move about freely, and at this stage we were clearly in a state of being kidnaped and held at gunpoint. Our abductors began to interrogate Sharon and I to a point that we did not understand their demands and accusations, they would not relent no matter how I answered, the right answer was not good enough for them... Since I was denied my right to have my attorney help me, I did not know how to please them throughout our interrogation, I thought if I were to tell them what they wanted to hear, they would not terrorize my wife and me. I was facing a new state of fear that I had never experienced in my life, and it wasn't only fear of my own life, but for my wife Sharon. These men proved to me they mean business by the way they terrorized Sharon in our bedroom, by the way we were not only being detained but seemed to be more politically charged as they would continue to put words in my mouth, forcing me to say things that were untrue, and me telling them the truth was not good enough for them. They were berating me, placing words in my mouth, I realized there was no way out of this, that there was no amount of logic or reasoning that would satisfy them. I have heard about people suffering from being placed under threat, duress and

27

5.

being coerced into doing or saying things that are unnatural, until I had to experience it for myself. And in the midst of me feeling as if these men would actually kill my wife if I did not tell them what they wanted to hear, and all of a sudden, in my state of shock and fear, somehow my mouth just opened and the words automatically came out of me, pleading with my abductors, I then said to them, "I want to talk to my attorney." I knew they had refused my request earlier that morning but this time for some reason, it was different, they stopped interrogating us and put their notepad away. The interrogation finally stopped, and I was allowed to text my attorney. Since this act of terrorism against my family, I must now speak to my first-hand experience: "For the record, I have learned that I would have would have never reached that level of stress, duress, and coercion if these men followed the law and read me and Sharon our Miranda Rights and Warnings. Everybody knows they have rights; and we don't need someone to read us our rights to understand that we have rights. The fact of the matter at hand was that I was in such great fear that these men were not here to allow Sharon and I to live. This belief stems from the earlier request for an attorney as I starkly remember that because they refused my first request to have my attorney, my mind created a greater fear asking, "who could these men be working for?"; as I remember, as we answered them, as both Sharon and I were compelled to plead to our abductors under extreme stress and duress. Now I realize, if they gave us the option, we would have been more relieved in believing these men could have been employed by an actual law enforcement agency of some kind and perhaps following an agency protocol and not acting on their personal agendas by using lethal force to abduct us; as we painfully experienced them coercing us into stating answers manipulated by

6.

them as our confession of some kind, even if any sort of statement manipulated to be seen as a "confession" was only "confessed" in desperation to preserve our lives(?)." *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

H.  *Or would it be when...* as you watch these abductors and their gang continue to ransack and damage the belongings of your entire home, which you and your wife have been working for the past 47-years in your marriage, to build up a legacy for your family including your four (4) children and ten (10) grandchildren; then amidst all the chaos, when your attorney responds to your text message with the photo of their search warrant stating, "where is the rest of the search warrant?" my response was, "I don't know", and my attorney then says explaining to me, "Tom, the search warrant is incomplete! ... and it's missing and lacking the necessary element of 'probable cause'!" Up to this point in time, neither my wife nor I was given the right allowing us to see any search warrant, and these men have yet to identify who they are and from which government agency they are employed by(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

I.  *Or would it be when...* as you and your wife are forced to stay outside in the Texas heat for hours, your abductors move you inside and then firmly say to you, "we're being nice to let you sit in your house." All the while the Constables Officer's vehicle's emergency lights have been activated during the entire time to produce a show for our neighbors and community to make an example out of our family as if we are criminals, sending a clear message to them.

29

7.

A female was assigned to keep us detained and under her arrest, as we were in the room with our family photographs, the female abductor was striking conversations with Sharon of how she can relate to a child being in swimming as our photographs revealed that our daughter Catia was an avid swimmer, and how the female abductor claimed she was a painter similar to my wife Sharon. All this nonsense was happening as we can view the group of men parading in and out of our private residence with their assault rifles and handguns on display while the Constable Officer's vehicle's emergency lights were activated, putting on a parade, in some sort of rotation all working in unison showing deadly lethal force and to instill fear amongst our neighbors, our neighborhood and in our community, in their mission to tarnish our family's reputation and name, while striking fear among the hearts of everyone(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 6th Amendment – the Right to Counsel, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

J. *Or would it be when...* your abductors and intruders finally leave, you are then left with cleaning up the aftermath of an unlawful and unconstitutional raid, exhausted from their interrogation while being abducted; you take an inventory of items missing, which exceeds your memory. As an Enrolled Agent, you are responsible for more than 370 family's private trusts, of which you are not the trustee and you do not have the authority to relinquish their private property, and by the actions of the group of men and woman, you have now been forced to be in violation of your duty as the Enrolled Agent. Without the Certified Turnover Orders authenticated by a Judge with the specific names of the Private Spendthrift Trusts (contracts), you have no authority to hand any person or organization the

8.

private trust files. The group had stolen more than 370 family's private and confidential trust files, placing you under liability and compromising your position as an individual and as an Enrolled Agent. Each Private Spendthrift Trust may hold me and my family liable for an amount of $11,000,000.00 per trust and or $11M per family member (beneficiary or trustee) within their private spendthrift trust(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

K. *Or would it be when...* due to the actions of the IRS, its employees and agents; you are not allowed to earn a living to take care of your family? Then at the end of March 2023 as an Enrolled Agent, you are lose the ability to electronically file tax returns as your electronic filing number (EFIN #) gets revoked? As an Enrolled Agent since 1978, my reputation is stellar and unmatched, until the unlawful and unconstitutional raid, the damage and theft of private property occurred, now I am unable to use my EFIN Number nor able to efficiently file taxes for my clients(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

L. *Or would it be when...* you receive a letter from the IRS informing you, "*... Criminal Investigation has determined that fraudulent returns have been filed utilizing the EFIN(s) noted above. Subsequently, the EFIN(s) will be revoked, and the related individual and business will be expelled from the IRS e-file program. All further inquiries should be directed to Special Agent Walper at 469-560-0599.*" — Of which the only truth of the matter is that this is fraudulent, baseless, and an unwarranted abuse of power that has zero validity to it being truth, honest, or in compliance with; the deprivation of your rights

31

9.

enumerated in the: 4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted(?).

**M.**  *Or would it be when...* the manager of your tax practice, has his EFIN Number revoked, depriving him his right to earn a living in order to provide for his family, although he is a 3rd party to this matter, the group of men and woman have successfully terrorized my office manager and his family without a valid lawful claim nor through due process of law. Now causing my manager Amit Mishra and his wife and child to live under stress and duress and fear of what could arise in the future(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

**N.**  *Or would it be when...* by the actions of the intruders and abductors "operating under color of law", cause the following: (a) your home has been damaged, (b) your private property has been stolen, (c) your tax practice is being dismantled and destroyed, (d) your office manager's work life and family life is being destroyed, (e) your wife and yourself are struggling to provide for yourselves financially, (f) your wife lives under an extreme amount of stress, duress, fear and now suffers from PTSD, living in fear of leaving the house to go outside in fear someone will kill her or myself, living in fear someone will kill me and take me away from her, (g) fearful that if we speak out or even defend ourselves in court or by law that they will return to our home and finish the job they started, by killing me, or her, or both of us(?). *4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted.*

32

10.

So, let me seriously ask you again, "What substantiates an injured party's claim for fraud? Or injustice? Do any of the items I have listed herein compel or implicate lawful cause for redress? When does a matter of controversy become considered a "deprivation of rights under color of law"? How many "God Given Rights" enumerated as Constitutional Rights must be egregiously violated before an injured party may seek justice, redress, or compensation for harm, injury, and damages? When do we address violations of the 4th Amendment – Secured against Unlawful Seach & Seizure, 5th Amendment – Protection from Self-Incrimination and No Deprivation of Life, Liberty or Property without Due Process, 8th Amendment – No Cruel and Unusual Punishments inflicted(?)... — and give lawful warrant to bring the lawless parties to pay for their crimes? And how much harm, injury, and damages does an injured party have to incur and sustain before: The Federal Tort Claims Act (FTCA of 1946); and USC 42 U.S. Code § 1983 – Civil action for deprivation of rights; and 18 U.S. Code § 241 – Conspiracy against rights; and 18 U.S. Code § 242 – Deprivation of rights under color of law... — begin to protect them from further harm, injury, damage, and loss of life, liberty and the loss of fundamental rights bestowed to them by God, Jehovah their Creator and of which has been enumerated in the Constitution of The United States? Ask yourself, "Did these items listed herein pass the litmus test for when the line for fraud or injustice "under color of law" gets crossed or violated?"

(1) **The Express Trust:** "The Constitution of The United States"
(2) **Trustees:** All public officials and public officers
(3) **Trust Agreement:** Trustee's; Official's and Officer's Oath of Office
(4) **Beneficiaries:** "We the People" of the united States of America
(5) **Trust Preamble:** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of

33

11.

liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

(6) **Trust Law:** Article VI: "This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, **shall be the supreme law of the land**; and **the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding**."

(7) **Trust Violations:**

    (a) **The Federal Tort Claims Act** (FTCA of 1946)

    (b) **42 U.S. Code § 1983** – Civil action for deprivation of rights

    (c) **18 U.S. Code § 241** – Conspiracy against rights

    (d) **18 U.S. Code § 242** – Deprivation of rights under color of law.

(8) **Trust Enforcement;** The Authority for Fines Damages: (see "**Exhibit C**" *and pg.40*)

    (a) **18 USC 3571** – Sentence of Fine

    (b) **18 USC 1091** – Violent Attacks

    (c) **18 USC 4** – Misprision of Felony

    (d) **18 USC 241, 242** – Conspiracy Against Rights, and Deprivation of Rights under Color of Law

    (e) **18 USC 872** – Extortion by Officers or Employees of the United States

    (f) **18 USC 876** – Mailing threatening Communications

    (g) **18 USC 1001** – Fraudulent Statements, Concealment of Material Fact

    (h) **18 USC 1621** – Perjury

    (i) **18 USC 1622** – Subornation of Perjury

    (j) **18 USC 1963** – Criminal Penalties

    (k) **18 USC 1964** – Civil Remedies

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

12.

## STATEMENT OF THE CASE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| The Weickgenant Family, as *The Secured Party, Injured Party* ) ) ) | **Case No. 6:22-MJ-164** |
| *Petitioner, Plaintiff,* ) | THE WEICKGENANT FAMILY'S DEPRIVATION OF CIVIL RIGHTS COMPLAINT & CLAIM FOR HARM |
| v. ) ) | & DAMAGES; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW |
| U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE (IRS), *et al.*, as *The Debtor* ) ) ) ) ) | PURSUANT TO: (a) 42 U.S. Code § 1983—Civil action for deprivation of rights; (b) 18 U.S. Code § 241— Conspiracy against rights; (c) 18 U.S. Code § 242—Deprivation of rights under color of law; (d) The Federal |
| *Defendants, Respondents.* ) ) ) ) | Tort Claims Act (FTCA of 1946); (e) 18 USC 4—Misprision of Felony; PUBLIC OFFICIAL'S EGREGIOUS VIOLATION OF OATHS OF OFFICE |

## LEGAL BRIEF FOR
## "SUBPOENA DUCES TECUM"
## "A DEMAND FOR A BILL OF
## PARTICULARS"
## "FRUIT OF THE POISONOUS TREE"

*"Notice of Lawful Administrative Procedure for Redress."*

42 U.S. Code § 1983 — Civil action for deprivation of rights
18 U.S. Code § 241 — Conspiracy against rights
18 U.S. Code § 242 — Deprivation of rights under color of law
The Constitution of the United States—4th Amendment:
*"Secure in their persons, no warrants shall issue,
but upon probable cause, supported by oath or affirmation"*

35

13.

# AFFIDAVIT OF TRUTH
# OF TOM WEICKGENANT

### A MATERIAL FACT WITNESS' SUBJECT MATTER TESTIMONY

Texas state                    §
                               §   ss
Smith county                   §

Comes now, the undersigned Affiant Tom Weickgenant L.S. (**KJV Genesis 2:7**), hereinafter as "Affiant/your Affiant", does solemnly swear, declare and state as follows: Your Affiant being competent to testify and being over the age of 21 years of age after first being duly sworn according to Law to tell the truth to the facts related herein. The Affiant has first-hand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

### TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**THIS IS "LAWFUL NOTICE"** THAT, "your Affiant has the lawful right, in his lawful capacity to proceed with his "ADMINISTRATIVE PROCEDURAL MATTERS", and at this time your Affiant in the capacity of ADMINISTRATOR states for the record: "to all public officials, Constable Office/Officers, and judge; "if may it please the court, your Affiant motions the court to "dismiss this case with prejudice 'for failure to state a cause of action for which relief can be granted' (See Fed. R. Civ. P.12[b][6])." **And it is a Mandatory Requirement to Report Felony**: Pursuant to **Title 18 U.S. Code § 4 – Misprision of felony**: "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

36

14.

Based on our investigation from reputable sources, Cedric Brown is a civilian who may have caused the fraudulent investigation, it would be worth looking into him to see if he was the party who reported falsified information to the IRS.

Affiant states for the record, the actions of the Internal Revenue Service (IRS), its employees/agents, IRS Special Agent Walper, the Constable Office/Officers, and multiple unnamed parties; have caused egregious and irreparable harm, injury, and damage causing your Affiant and his wife Sharon to become the injured party in this matter, your Affiant is the lawful Attorney-in-Fact and Administrator of TOM WEICKGENANT, and any involvement or appearance from your Affiant is solely in the role and capacity of the "ADMINISTRATOR" of TOM WEICKGENANT.

Affiant states for the record, due to the harm, injuries, and damages your Affiant and his wife has sustained by the orders and actions of the Internal Revenue Service (IRS), its employees/agents, IRS Special Agent Walper, the Constable Office/Officers, and multiple unnamed parties; this matter of controversy is a Lawful Civil Rights Complaint for Preliminary and Permanent Injunction for which the parties have caused your Affiant; Harm, Injury and Damages, of which include but are not limited to: Deprivation of Rights Under Color of Law Pursuant to "42 U.S. Code § 1983" — Civil action for deprivation of rights; or "18 U.S. Code § 241" — Conspiracy against rights; or "18 U.S. Code § 242" — Deprivation of rights under color of law.

Your Affiant believes with the evidence and proof presented herein, the Court, Judge, and all parties involved will honor the Doctrine of "Obsta Principiis", and the opportunity of remedy will be presented by your Affiant to the parties in the form of this "Legal Brief for Subpoena Duces Tecum; a Demand for a Bill of Particulars; Fruit of the Poisonous Tree", of which the applicability of "Obsta Principiis" is demanded by your Affiant and his wife to secure immediate remedy and redress in this matter, of which the incident of "unlawful search warrant" has created and caused this matter of controversy, therefore, the

15.

rights of your Affiant and his wife must be upheld and restored, as such, the justification for lawful cause for remedy and redress is presented herein with the following case law:

(a)    *"[C]onstitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be obsta principiis ["resist beginnings"].*" (See **Boyd v. United States**, 116 U.S. 616, 6 S. Ct. 524, 29 L. Ed. 746 (1886). [**Bradley, J.. Boyd v. U. S.,** 116 U. S. 035, 6 Sup. Ct. 535, 29 L. Ed. 746.] , **Hale v. Henkel**, *201* U.S. 43 [1906])

(b)    *"The judge has a duty to continually inspect the record of the case, and if subject-matter jurisdiction does not appear at any time from the record of the case, then he has the duty to dismiss the case lacking subject-matter jurisdiction.*" (See **U.S. v. Will**, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L.Ed.2d 392, 406 [1980])

## [A]  PLAIN STATEMENT OF FACTS

1.    Affiant is a Natural Person and is one of the "People" of these united states of America and your Affiant as a Living Soul (L.S.; **KJV Genesis 2:7**), states he has first-hand knowledge of the facts in this case who can lawfully speak to the veracity and validity of the facts of this matter of controversy.

2.    Affiant gives lawful notice to any party who speaks without first-hand knowledge of the facts pertaining to this subject matter will be considered speaking and presenting hearsay into the court record and therefore their testimony will not be admissible in a court of law or court of equity.

3.    Affiant's intent in resolving this matter of controversy is to come to you and your party(s) with good and clean hands, to do no harm, to preserve the court record, to honor and uphold The Constitution of the United States (Trust)

38

16.

as the "Supreme Law of the Land" (**Article 6 Constitution of the U.S.**), and to honor and uphold the 10 Commandments of God (**Exodus 20:1-17 KJV**).

4.    All statements by your Affiant herein represent the process of "Administrative Procedure for Equitable Relief" with these elements for Affiant's "Counter-Claims for Lawful Redress" And Demand for "Bill of Particulars" to give lawful cause to dismiss this case with prejudice. This testimony is on the record, for the record, and by the record; just the same as for you Public Officials; your Oath of Office is sworn and subscribed by you with the intent and purpose to uphold the laws of The Constitution of The United States (Trust), for the people, by the people and of the people. Govern yourself accordingly.

**[B] AFFIANT'S FIRST-HAND WITNESS TESTIMONY OF TRUTH OF INCIDENT ON AUGUST 1ST, 2022**

I.    **The IRS, its Employees/Agents, and Constable Office/Officers <u>Unlawful Trespass on Private Property</u>.**

A.    **"IRS Employees/Agents and Constable Office/Officers enforce their encroachment with failure to identify themselves to our family as 'We The People'."**

1.    On the day of August 1st, 2022, at approximately 8:00am—9:00am, while looking out of my office window, I noticed several individuals approaching my front door dressed in unrecognizable uniform.

2.    I proceeded to open the front door to my home, I truly did not suspect anything odd since I had been expecting the arrival of a solar panel installation crew.

3.    Upon opening the front door to my home, I realized this group was not part of the solar panel installation crew. The group of 5-7 one of which was a woman, at my front door did not identify themselves, at this point I was confused as to who they were and as to what reason for their trespass on my private property, private residence, and home.

39

17.

4.    Not one person within this group identified themselves, then one member of the group continued to approach me and demanded for me to walk towards him, which I complied, all due to fear which caused me to walk further toward them and away from my front door.

5.    At this point, the group failed to identify themselves, and due to having an immediate and intense fear for the safety of my life and for my wife's life, I walked toward the supposed leader of the group and toward the group of intruders.

6.    After I complied with their demand for me to walk further away from my front door, within 30-seconds into their demands, I noticed this group of intruders were heavily armed with a mixture of handguns and rifles, along with several vehicles within my view, one of which included a law enforcement Constable Officer's vehicle parked with its emergency lights on, continuously flashing.

7.    I was informed by the supposed leader of this group that they had in their possession a search warrant, of which I was prohibited and deprived the lawful right to view, inspect and or read. At this point in my life, I was experiencing an abrupt mixture of uncertainty and fear for my life and the safety of my wife, who was still asleep in our master bedroom.

8.    The group asked, "is anyone in your home?" and I informed them, "yes, my wife is in there sleeping and it would be best if I wake her up."

9.    After I stated this to the group, I was immediately blocked from walking toward the front door of my home, and they said to me, "no, we will get her."

10.   The group proceeded to ask questions, one of the questions was, "do you have any guns in the house?" and I told them, "there's a 22-Rifle on top of the shelves in my office that's unloaded and in fact it has not ever been used."

11.   Finally, at this point in this unconstitutional and unlawful intrusion and trespass under threat by use of deadly lethal force with handguns and assault rifles, I assumed that this group of unidentified intruders could possibly be employees of the Internal Revenue Service (IRS).

18.

12. After I came to the conclusion that perhaps these unidentified intruders are with the IRS, in the midst of the chaos, I then started to think deeply as to what would cause such an egregious act of violence and threat of bodily harm, and threat with deadly weapons; rifles, pistols, and other things, by this group of IRS employees to trespass onto my private residence, property and home, and seeing how they unconstitutionally and unlawfully proceeded and aggressively intruded into my home unannounced and uninvited? That is when I realized, in the past I had successfully cooperated with two (2) subpoenas sent from the IRS, and I concluded the group's aggression was due to the IRS not being satisfied with my previous cooperation and the status of the previous matter may perhaps be unresolved.

II. **The IRS, its Employees/Agents, and Constable Office/Officers' <u>Unlawful Denial of the Right to Counsel</u>.**

   A. **"The IRS Employees/Agents and Constable Office/Officers denied me the right to call my attorney."**

13. At this point, approximately 10-15 minutes since the beginning of the incident, I clearly and loudly stated, "I would like to call my attorney!" and they responded, "no!", and they proceeded to unconstitutionally and unlawfully enter into my private property, residence, and home.

III. **The IRS, its Employees/Agents and Constable Office/Officers use <u>Lethal Force to Cause Bodily Harm</u>.**

   A. **"The IRS Employees/Agents and Constable Office/Officers committed an indecent act of men."**

14. After they entered my private residence and home, they proceeded to enter my master bedroom where my wife remained asleep. Then the unidentified group of men who were

19.

fully armed, with their weapons drawn, surrounded the bed with my wife asleep, and started aggressively yelling at her, "show your hands and get out of bed!" As my wife was forced to abruptly awake from her sleep, she was immediately traumatized, confused, afraid, and I could see her eyes searching the room to find me while her chest showed her breathing heavily. I truly felt helpless because I was being detained and prohibited from consulting with my wife regarding this situation. Honestly, at the time of this intrusion, I did not understand the situation, and I have yet to receive any answers from the IRS or its employees regarding this act of assault and indecency. The group of intruders did not identify themselves to my wife, I then saw immediate terror causing my wife to panic which induced an immense amount of stress and caused her great duress from fear of her and I being killed. This group of IRS employees and agents, a majority of unidentified parties stripped Sharon of her dignity; they truly destroyed her dignity, she was violated while in her indisposed nakedness, and it is horrific. Sharon can't even go outside because her modesty has been destroyed by them. The sinister method they used in waking her while being sound asleep with their weapons drawn against her, while yelling at her saying, "show your hands and get out of bed!" and forcing her to get out of bed regardless of her sleep attire and state of mind; which was a blatant indecent act and assault by men! By which their actions were nothing shy of an act of terrorism and aggravated assault with intent to cause bodily harm (and mental, emotional, and psychological damage). They had one female on site, of which could have been the person to wake Sharon and allow her to find her composure while being awaken amidst such an ordeal. Law enforcement protocol requires officers to always call a female officer to search a female suspect in the name of decency, morals, the rule of law, and civil rights. Due to their illegal and unlawful search and seizure, without the lawful "Spendthrift Trust Turnover Orders" issued by a judge, of which, all the Constable Office/Officers are the first-hand eyewitnesses and will be called to testify to the unconstitutional and unlawful acts committed

20.

by the parties, of which was an overreach and abuse of power and psychological assault and trauma against my wife and I, and we demand justice for them who have committed these acts of terrorism and heinous crimes."

B. **"I was forced to be a first-hand witness to my wife enduring the most heinous act of assault by the IRS Employees/Agents and law enforcement public officials; Constable Office/Officers."**

15. Your Affiant states for the record, "if any person would've been a first-hand witness to my wife's reaction during the intrusion, you would have seen an innocent and gentle; Christian, soft-spoken woman go from a slumber rest to being abruptly awaken into immediate warfare with weapons drawn and formed against her, of which you could see an immediate coldness of fear come over her, then the stark fear of death that overcame her face and in that moment her spirit fell, within the pupils and dilation of her eyes, her body language, the palpitations of her heart seen in her breathing pattern, of which I have never experienced seeing in all my 45-years of marriage to her (since 1977). My lovely wife is the most gentle; kindhearted woman, and I will admit this is absolutely the most traumatic and heinous act done by the intruders, and it was the worst thing I was forced to witness, to which my wife was forced to experience. In conclusion, the fact remains that this unconstitutional and unlawful incident and traumatic event could have been prevented and avoided."

C. **"The IRS Employees/Agents continued to berate my wife who is an innocent bystander and who is not involved in my tax practice business."**

16. The group proceeded to berate Sharon asking, "is there a gun in the room?" she said, "No." ... as I already told them earlier when they questioned me.

21.

**IV.    The IRS, its Employees/Agents, and Constable Office/Officers <u>Unlawful Arrest, Detainment and Denial of Miranda Rights</u>.**

**A.    "The IRS Agents committed an act of unlawful arrest and detainment without due process of law and probable cause."**

17.    My wife and I was forced to walk outside onto our deck, they forced us to sit down and then they started to interrogate us both, hurling many accusations, saying, "you are filing false tax returns based on trusts from 'Economic Strategist and Duncan John'."

**B.    "The IRS Employees/Agents interrogated us without reading us our Miranda Rights and we were denied our lawful right to have our attorney present to have legal representation."**

18.    The interrogation continued for hours, as the berated and questioned us again and again; they threw accusations at me saying, "Didn't you know Duncan's background?" I replied, "No", they continued with, "Well, you can just Google him." to which I replied, "I don't use Google", they then said to me, "You should've known not to get involved with him." I then replied, "He never gave me a reason not to trust him and I had no reason to suspect anything of him." As they continued with the berating, no answers satisfied them, for as long as the afternoon lasted. Then the female interrogator detained us and kept the conversation going; as they made remarks trying to convince us they were being benevolent for allowing us to sit in our house because we didn't have the right or deserve to sit in our house and instead, we should be returned back to sitting outside in the sweltering Texas heat; the message was that we should be grateful and not upset they were breaking into our home, violating all our God given rights enumerated in the Constitution; and one of the worst things is, they never stopped questioning us during the entire time of the raid, even after we asked for our attorney. After this continued for a few hours, I found myself not knowing what to do;

44

22.

everything was happening so intensely while the pressure was very high, one member of the group was so aggressive as he was repeating statements that he berating into me, putting words in my mouth, placing me in the greatest fear for my life and my wife's life, the conviction I felt for the fear of losing her due to the anger of these group of intruders, the only thing I could think of saying to protect us from their aggression was, "I want to talk to my attorney." And at that moment, they put their notepad away. I proceeded to text my attorney, whom at the time was attending court.

## V. The IRS, its Employees/Agents, and Constable Office/Officers' Unlawful Enforcement of an Unlawful Search Warrant.

### A. "My attorney informs me the search warrant lacks lawful probable cause for the Employees/Agents to be searching my home."

19. My attorney demanded to see a copy of the search warrant, the IRS employee then handed me the search warrant, I took a picture and text the image to my attorney (See "**Exhibit D**"); as we proceeded to sit down on the deck, I called my attorney and he then asked me, "where is the rest of the search warrant?" I replied, "I don't know." My attorney then informed me saying, "Tom, the search warrant is incomplete!" So, I then asked the IRS employee, "where's the probable cause?" and then he replied, "you'll get that at the indictment." Prior to my attorney requesting the search warrant, none of the IRS employees nor the Constable Office/Officers produced a search warrant to validate their unlawful search and detainment or arrest of my wife and me.

20. My attorney continued saying to me, "the search warrant is incomplete, and it is missing and lacking the necessary element of 'probable cause' and the search warrant is not valid."

21. They allowed me to view a section of the search warrant which showed the front page, and it included the

45

23.

Magistrate Judge's signature along with pages listing what they were searching for.

**B.  "My wife and I remained under arrest and detained against our will by the armed group of IRS Employees/Agents who used excessive force."**

22.  My wife and I were detained and forced to remain at the location of our deck while the IRS employees were searching through our entire private residence and home. Then one of the employees stated, "we're being nice to let you sit in your house".

**C.  "The IRS Employees/Agents used intimidation tactics to create fear and make us an embarrassment to eyewitnesses, to our neighbors, and within our community."**

23.  During this entire process, the emergency lights on the constables' vehicles never ceased flashing which caused our neighbors to send us text messages asking if my wife and I were safe. It was extremely embarrassing, attempting to explain the situation, due to the fact we knew it was unconstitutional, unlawful, and baseless for the IRS employees to use law enforcement at this level of force to assault and frighten us.

**D.  "The IRS Employees/Agents deploy and enforce false arrest and detainment under stress, duress, and coercion to cooperate with their interrogation tactics."**

24.  As we were being detained against our will and forced to remain outside on our deck, the hot temperature was becoming unbearable, the group finally "allowed us" to relocate into a room in the side of our residence where they had completed their search.

25.  Again, during this entire process, as time continued to pass, you couldn't help but notice the constables' vehicle emergency lights continued to actively flash. It's clearly visible to what extent the IRS employees took to ensure our neighbors and the community would notice and further enquire as to why

46

24.

this had transpired at our private residence and home. Since we are so far out of sight away from the public road, the only valid reason to leave the law enforcement vehicles' emergency lights flashing was to send a message to our neighbors, only for the benefit of our neighbors, in the IRS employees' attempt to make an example out of my family. With over 10-20 intruders, there must have been 5-10 vehicles outside, which our driveway is out of the line of sight from our front windows, and I suspect there were many law enforcement vehicles present.

### E. "The IRS Employees/Agents attempt to deploy their good cop, bad cop interrogation tactics."

26.   It was blatantly obvious the group assigned a female IRS employee to continue detaining my wife and I, she was put to task to keep us from leaving as we were detained and continued to be under their arrest, of which the woman started a conversation about how she noticed my wife Sharon was a painter and our daughter Catia was a swimmer. It was nauseating to know their tactic to play "good cop bad cop" against my wife and I, as the woman create the story of "by some great coincidence that this woman was also a painter and she also has a child, her son who is also a swimmer too! Wow, what a coincidence… isn't that amazing?!"

27. The IRS employees and or agents continued unconstitutionally and unlawfully searching our private residence and home as what seemed to be a parade of some sort, to witness them on a cycle of rotation parading themselves outside our private residence and home displaying themselves carrying long rifles, while there was no probable cause to behave in such a manner all in act to display their aggression, of which the only logical conclusion was to impress upon our neighbors with their show of force to instill fear upon the mind and heart of every eye witness.

### F. "The IRS Employees/Agents force unbearable physical conditions for torture in order to

47

25.

compel us to comply with their false arrest, detainment, and interrogation tactics."

28. As we were detained and under their arrest, we had to endure the pain of being forced to sit in the exact location without permission to move from that location for several hours, first in the sweltering heat, then inside under their arrest, while they continued their search as they ransacked our private residence and home.

## VI. The IRS, its Employees/Agents, and Constable Office/Officers <u>Unlawfully searched and seized private property</u>.

A. "The IRS Agents unlawfully seized private Spendthrift Trust Indentures belonging to 372+ families' total of 738 Trusts without Official Judicial Turnover Orders."

29. After the IRS employees finished their search and left, I have made an accounting of the items they stole; they had stolen my work and personal computers, my personal mobile phones, including a very large cache of computer files and private legal paper documents of which combined, comprises of over 372+ families' 738 Private Trusts containing highly classified and confidential client Spendthrift Trust files including extremely private confidential Private Family Spendthrift Trust Governing Instruments Trust Indentures of which comprise of personal files and documents; professional documents, personal family files, personal identity files, tax files, and also medical files, which have all been trusted to remain private and secure in my possession as to fulfill my role as an Enrolled Agent and as their Tax Preparer and estate planner.

B. "The IRS Employees/Agents refuse to return stolen files belonging to 372+ Spendthrift Trust clients totaling 738 Trusts."

30. As of this date, April 4, 2024, the IRS employees along with the Internal Revenue Service (IRS) has only

48

26.

returned to my possession my computers and phones, the attempted return of all items stole has not been successful, and as a matter of fact, the Private Spendthrift Trust documents which belong to more than 372+ families/clients encompassing 738 trusts with 1,482 settlors, trustees, and beneficiaries have not been successful returned and has created a massive matter of controversy in terms of harm, injury, and damages to all parties of which your Affiant may now be liable.

**VII.** **The IRS, its Employees/Agents, and Constable Office/Officers <u>are presently causing continuous harm, injury, and damage to personal and professional life</u>.**

**A.** **"The IRS Employees/Agents have caused my wife PTSD; so, I retained a defense attorney to ease her pain."**

31. Even though I know I am innocent and have not violated any law and have in no way shape or form injured any party, for the sake of consoling my wife Sharon I made the decision to retain a defense attorney to alleviate the high level of trauma incurred onto my wife as she now suffers from PTSD; due to the hands and actions of the IRS employees and the Constable Office/Officers on that very dreadful and life changing day of armed assault using deadly lethal force causing injury against my innocent law abiding family.

**B.** **"The IRS' Special Agent Walper has been harassing and accusing me with allegations of fraud prior to August 1st, 2022, which are baseless but have shown to be deadly."**

32. The IRS employee has been accusing me of fraud, which by law is baseless. I have never defrauded any person nor the IRS, and I do not have any intent to defraud anyone including the IRS, and as of the present day, I have not seen any verified evidence or validated proof of claim for the baseless allegations that have been created and launched against me and

27.

my family by the IRS employee/agent or by the Internal Revenue Service (IRS).

C. **"As an Enrolled Agent for over 28+ years, I have had a respectful track record with no problems or any allegations of misconduct until Special Agent Walper came into my life."**

33. I earned my position as an enrolled agent in the year 1978 and then in 1996 (18yrs) I allowed my enrolled agent status to lapse due to a position I held as a Controller/Chief Financial Officer for a private company. Then in the year 2014-2015 (10+yrs) I reestablished myself as an enrolled agent after I passed the Special Enrollment Exam.

34. My reputation and track record as an enrolled agent has always been to never forsake or compromise in upholding the importance of reporting and filing honest, truthful, and accurate returns to highest importance and requirement of which I take extremely seriously. I live under oath to never obfuscate in any matters of taxation and to be accused of filing fraudulent returns is 100% ridiculous.

D. **"Although I have not defrauded the IRS nor any person, my family lives under constant stress and duress."**

35. At this point in time, I have only had a few meetings with attorneys and the only conclusion so far is this case has been on hold. From the meetings I attended with attorneys, the consensus is that due to the honest tax filings and reporting on my behalf for my 372+ Spendthrift Trust clients encompassing 738 Trusts, along with other non-trust clients, there has not been any fraudulent filings or obfuscation committed on my behalf or by any person in my organization, therefore, the consensus by my legal counsel and of my own professional opinion of this matter, and since there has not been fraud committed by me, nor intent to commit fraud, the IRS cannot prove fraud, but due to the nature of the raid the IRS conducted utilizing the Constable Office/Officers, no one can guarantee if anything is going to be done to me or my wife in the future. In

28.

other words, my family and I have uncertainty about what the IRS is willing to do to my family regardless of the law, due process, and my protected God given rights enumerated in The Constitution of The United States (Trust). At this point, from everything my family has endured and with all the egregious encroachment committed by the IRS and its employees/agents, it seems as if we are just waiting for the other shoe to drop; for them to storm into our home and murder us.

36.    I have continued to work and guide all my clients to follow all the applicable rules, applicable local law, however, ever since the incident and all the harm, injury, and damage the IRS employees/agents have caused my family and business, there lingers a dark cloud causing my wife and I and our family to live in fear, experiencing stress and duress, with the fear of facing a potential indictment. Since the incident, my entire family suffers from living with this hanging over our heads, and especially my head, of which the prospect of another assault causing death has terrified my wife. The incident carried out by the IRS employees has negatively affected the family's peace and union, my wife now suffers from PTSD as she lives in constant fear, stress and duress, absolute irreparable damage to us both; of which has caused our marriage relationship to become damaged in ways that will take years to heal.

**E.    "The IRS' Special Agent Walper has attacked me personally by revoking my EFIN which does not allow me to provide for my family."**

37.    At around the end of March 2023, I received an alert from my tax preparation software company that my EFIN was no longer active, stating that we are prohibited from submitting e-file returns for my clients.

38.    To    further    investigate    and    remedy    this misunderstanding or mistake, I made a phone call to the IRS and was informed my EFIN had been revoked and that I would be receiving a letter from the IRS in a couple of days.

39.    When I received the letter from the IRS, it informed me: "... *Criminal Investigation has determined that fraudulent*

29.

*returns have been filed utilizing the EFIN(s) noted above. Subsequently, the EFIN(s) will be revoked, and the related individual and business will be expelled from the IRS e-file program. All further inquiries should be directed to Special Agent Walper at 469-560-0599."*

**F.   "The IRS nor its Special Agent Walper has never given proper notice nor any proof of his allegations of fraud."**

40.   At this point, the IRS has never served me with proper lawful notice, therefore there has never been any notification delivered by certified mail sent to me at my work nor home address, if the IRS does not notify me of their decision, I am deprived of the right to present my case, along with the facts, evidence, and proof; of which would absolve me of the revocation of my EFIN.

41.   It is a known fact, which, my ability as an enrolled agent and tax preparer, to E-file on behalf of my 372+ clients encompassing 738 Trusts, is crucial and essential today and Special Agent Walper has decided and acted to circumvent due process and the Laws of The Constitution of The United States in order to shut down my practice, even though Special Agent Walper knows he cannot substantiate that any fraud has been committed because the fact and truth remains that I state for the record, I have never committed fraud to or defrauded any person, the IRS, nor any state or federal government agency.

42.   Ever since the day of the incident and the unconstitutional and unlawful raid by the IRS employees, the cloud over my wife and I along with our entire family, all our lives all of a sudden got heavier and darker, and the further this matter continues, the cloud continues to injure and harm us. The next question is, "what would they do to us next? And when? If they are willing to deprive us our God given rights enumerated in the Constitution of The United States, then we can conclude it's not a matter of 'if they will do something to us again', but a matter of 'when they will return to finish the

30.

crime', and my family fears they are capable of murdering us if we take a stand to fight back in court."

**G.    "The IRS' Special Agent Walper has also personally attacked my office manager by revoking his EFIN which does not allow him to provide for his family."**

43.    Our practice manager Amit Mishra has been utilizing his EFIN and this has allowed our business to continue to process (non-fraudulent) tax returns for our clients according to our policy to follow the Internal Revenue Code (IRC). Therefore, for over the last year (12 months) this method has successfully allowed us to E-File tax returns and reports for our 372+ clients encompassing 738 Trusts, until recently on 3/25/2024 we received a notification from our tax preparation software company on that our tax return had been rejected.

44.    To our dismay my manager Amit Mishra made a phone call to speak to the IRS concerning this matter and an IRS employee informed him that his EFIN had been revoked.

45.    The IRS employee read to him the letter, stating it would be mailed to him, and Special Agent Walper's name was listed as the person to contact.

46.    As of today, my manager Amit Mishra has not received the alleged letter the IRS employee read to him, however, the letter the IRS employee read to him sounded exactly the same as the one that I have received. Now this matter of controversy has unnecessarily increased to an unreasonable, an unconstitutional and unlawful size and level, and once again the clouds have turned extremely dark and stormy.

47.    At this point, it is very obvious and clear the IRS and its employee(s) including Special Agent Walper; are attempting and working diligently on shutting down my business operations (CPA, tax preparation practice) without any semblance of due process or any laws enumerated in the Constitution of the United States (Trust).

53

31.

48.   The actions of the IRS, its employees and Special Agent Walper has caused my manager Amit Mishra to live in stress and duress and under the fearful belief that he, his wife, their young daughter is going to experience the similar incident with the IRS Criminal Investigation and Constable Office/Officers knocking down their door to unconstitutionally and unlawfully raiding their home with the use of deadly lethal force to cause bodily harm.

H.   **"The IRS and its Employees/Agents along with Special Agent Walper have made it clear to my family that regardless of the Law, the Constitution of The United States, we as a family will be subject to their rules and procedures; of which due process of law can be ignored if they deem it to be necessary."**

49.   The entire time of the incident at my home, not even one member of the parties involved had ever identified themselves, we do not know any of the names of even one person that was involved in this incident. My wife and I feel like the IRS and its agents along with Special Agent Walper are attempting to destroy the family business we have worked hard to build. And at this point in time, due to the actions of the parties involved who infringed against my Constitutionally enumerated God given rights; who have assaulted my wife and I, Sharon now suffers from a tremendous amount of PTSD fearing the IRS, its employees/agents, and fearing that Special Agent Walper will go to the extent of breaking the law and successfully take me away from her by force or by killing me. No matter what I tell her, due to what they did to her when they assaulted her while asleep in her bed, she now not a day passes that she lives under this fear, stress, duress, trauma, and anxiety of this belief. The IRS, its agents, Special Agent Walper, the Constable Office/Officers and all parties involved in this matter have no idea of what they have done to our family and to my innocent wife, of which has forced us all to become the injured party *"corpus delicti"* and victims in this matter.

32.

I.   "We have 100% unmovable faith God that will create the path for this matter to be resolved through truth, justice, and honor; Amen."

50.   For the record, our family; in the name of our Lord and Savior Jesus Christ "Yeshua Ha'Mashiach" demands to be restored to our right to live our life and live out fulfilling our livelihood (business) so that we can continue to pursue life, liberty, and happiness as we are and allowed to do under the protection of The Constitution of The United States, upon which, all you public servants have individually sworn under oath to uphold and protect our God given rights as we are "the People", as is your duty, "to the people, by the people and of the people!"

## [C] MANDATORY REQUIREMENT
## TO REPORT FELONY PURSUANT
## TO 18 U.S. CODE § 4.

I.   **18 U.S. CODE § 4** – **Misprision of felony:**

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both. (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

## [D] VALID PROOF OF CLAIM FOR
## DEPRIVATION OF RIGHTS UNDER

55

33.

# COLOR OF LAW — CIVIL RIGHTS VIOLATIONS PURSUANT TO 42 U.S. CODE § 1983 and 18 U.S. CODE § 241, § 242.

I.     42 U.S. CODE § 1983 – Civil Action For Deprivation Of Rights:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

II.    18 U.S. Code § 241 – Conspiracy against rights:

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt

34.

to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

III.    18 U.S. Code § 242 – Deprivation of rights under color of law:

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

---

### [E] LAWFUL CLAIM OF
### CIVIL RIGHTS VIOLATIONS
### — "GOD GIVEN RIGHTS".

I.    Pursuant to "42 U.S. CODE § 1983" – Civil Action For Deprivation Of Rights:

Your Affiant states for the record, "The IRS, its employees/agents, the Constable Office/Officers who were all acting together under color of statute, ordinance, regulation,

35.

custom, and/or usage of the State of Texas has subjected and has caused your Affiant Tom Weickgenant, Affiant's wife Sharon Weickgenant, Affiant's children, and Affiant's grandchildren to be subjected in such jurisdiction of the United States to the deprivation of our rights, privileges, and immunities secured by the Constitution and laws, of which your Affiant, Affiant's wife, Affiant's children, and Affiant's grandchildren are now the injured party, therefore pursuant to '42 U.S. Code § 1983' we shall hold the IRS, its employees/agents, the Constable Office/Officers are all liable to Affiant's family as the injured party in an action at law, suit in equity, or other proper proceeding for redress."

II.    **Pursuant to "18 U.S. Code § 241"** – Conspiracy **against rights:**

Your Affiant states for the record, "The IRS, its employees/agents, the Constable Office/Officers of whom comprise of two or more persons have conspired to injure, oppress, threaten, and intimidate your Affiant, Affiant's wife, Affiant's children, and Affiant's grandchildren in the State of Texas in the free exercise or enjoyment of Affiant and Affiant's family of God given rights and privileges secured to them by the Constitution or laws of the United States, or because of his having so exercised the same, therefore the law states":

*"They shall be fined under this title or imprisoned not more than ten years, or both; or if such acts include kidnapping or an attempt to kidnap, ... or an attempt to kill, ... they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

III.    **Immunity Pursuant "The Federal Tort Claims Act (FTCA of 1946)":**

If any party responding to your Affiant's lawful claim for redress submits an objection on the basis of claiming immunity (*e.g.* qualified immunity), let the record reflect, when any public officer operates in their capacity under sworn oath does violate their sworn oath and furthermore violates such oath to the

36.

Constitution of The United States as the Supreme Law of the Land (Article VI), and pursuant to "The Federal Tort Claims Act (FTCA of 1946)" by which they have committed a crime and treason against such oath of office and has committed harm, injury, and or damage against your Affiant, Affiant's wife, Affiant's children, and Affiant's grandchildren; as "We The People", therefore, they are considered guilty of "dereliction of duties" and no longer have immunity (*e.g.* qualified immunity) and cannot claim otherwise.

**IV.    Form COL – "Violation Warning; Denial of Rights Under Color of Law: ▷ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983**

Due to the actions of you and your parties, your Affiant gives lawful notice of Form COL to the following persons:

1.  Form COL for IRS Special Agent Charles Walper (See "Exhibit E")

---

## [F]  LAWFUL CLAIM OF CONSTITUTIONAL VIOLATIONS; CAUSING HARM, INJURY, AND DAMAGES.

**I.    "Prior to the Unlawful Raid"**

**A.    Trespass on private property**

1.    *Violation of the* 4th Amendment;—The right of the people <u>to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized</u>. And all land and property rights are protected by trespass law.

**B.    Failure to Identify as Public Officers**

59

37.

2.  *Violation of the* 5th Amendment;—No person shall be deprived of life, liberty, or property, without <u>due process of law</u>; nor shall private property be taken for public use, without just compensation.

3.  *Violation of the* 6th Amendment;—In all criminal prosecutions, the accused shall have <u>the right to be informed of the nature and cause of the accusation, and to be confronted with the witness against him</u>.

### C.   Denial of Our Right to Counsel

4.  *Violation of the* 6th Amendment;—In all criminal prosecutions, the accused shall have <u>the right to have the assistance of counsel for his defense</u>.

## II.   "The Unlawful Raid and Assault; Causing Egregious Harm and Irreparable Damage"

### D.   Act of Immoral Indecency by Men against My Wife

5.  *Violation of the* 4th Amendment;—The right of the people <u>to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated</u>, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

6.  *Violation of the* 5th Amendment;—No person shall be <u>deprived of life, liberty, or property, without due process of law</u>; nor shall private property be taken for public use, without just compensation.

7.  *Violation of the* 8th Amendment;—Nor <u>cruel and unusual punishments inflicted</u>.

### E.   Unlawful Arrest, Detainment, Kidnapping, and Denial of Miranda Rights (*Miranda v. Arizona*)

8.  *Violation of the* 4th Amendment;—The right of the people <u>to be secure in their persons, houses</u>, papers, and effects,

60

38.

against <u>unreasonable searches and seizures, shall not be violated</u>, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

9.   *Violation of the* 5th Amendment;—No person shall be <u>compelled in any criminal case to be a witness against himself, nor deprived of life, liberty, or property, without due process of law</u>; nor shall private property be taken for public use, without just compensation.

10.   *Violation of the* 6th Amendment;—In all criminal prosecutions, the accused shall be confronted with the witnesses against him; and <u>to have the assistance of counsel for his defense</u>.

11.   *Violation of the* 8th Amendment;—Nor <u>cruel and unusual punishments inflicted</u>.

### F.   Unlawful Search Warrant; Lacking Probable Cause

12.   *Violation of the* 4th Amendment;—The right of the people to be secure in their persons, houses, papers, and effects, <u>against unreasonable searches and seizures</u>, shall not be violated, and no warrants shall issue, <u>but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized</u>.

### G.   Illegal Search and Seizure of Private Property; Spendthrift Trust without Turnover Orders Issued by Judge

13.   *Violation of the* 4th Amendment—The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, <u>but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized</u>.

14.   *Violation of the* 5th Amendment;—No person shall be compelled in any criminal case to be a witness against himself,

39.

nor deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**H. Denial of Due Process of Law and Causing Continuous Harm, Injury, and Damage To Personal and Professional Life; Revoked EFIN**

15. *Violation of the* 5th Amendment;—No person shall be compelled in any criminal case to be a witness against himself, nor deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

16. *Violation of the* 8th Amendment;—Nor cruel and unusual punishments inflicted.

## [G] AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS.
### (See "Exhibit C")

—THESE DAMAGES were determined by GOVERNMENT itself for the violations listed; pertaining to Oath of Office Public Officials; pursuant are the laws listed herein:

| Breach | Penalty | Authority |
| --- | --- | --- |
| VIOLATION OF OATH OF OFFICE | $250,000.00 | 18 USC 3571 |
| DENIED PROPER WARRANT(S) | $250,000.00 | 18 USC 3571 |
| DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS | $250,000.00 | 18 USC 3571 |
| DEFENSE EVIDENCE (RECORDS) | $250,000.00 | 18 USC 357I |
| DENIED RIGHT TO TRUTH IN EVIDENCE | $250,000.00 | 18 USC 3571 |
| SLAVERY (Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| DENIED PROVISIONS IN THE CONSTITUTION | $250,000.00 | 18 USC 3571 |
| TREASON (combined above actions). | $250,000.00 | 18 USC 3571 |
| GENOCIDE | $1,000,000.00 | 18 USC 1091 |
| MISPRISION OF FELONY | $500.00 | 18 USC 4 |

40.

| | | |
|---|---|---|
| CONSPIRACY | $10,000.00 | 18 USC 241 |
| EXTORTION | $5,000.00 | 18 USC 872 |
| MAIL THREATS | $5,000.00 | 18 USC 876 |
| FRAUD | $10,000.00 | 18 USC 1001 |
| FALSIFICATION OF DOCUMENTS | $10,000.00 | 18 USC 1001 |
| PERJURY | $2,000.00 | 18 USC 1621 |
| SUBORNATION OF PERJURY | $2,000.00 | 18 USC 1622 |
| GRAND THEFT (18 USC 2112) each to determine multiply number of counts by damage | $250,000.00 | 18 USC 3571 |
| RACKETEERING (Criminal) | $25,000.00 | 18 USC 1963 |
| RACKETEERING (Civil) Wages Taken (Treble damages = 3x) | (Sustained Damages [total] x 3) | 18 USC 1964 |
| **Thirty-seven (37) Constitutional violations from Count 1: = $9,250,000.00 Damages** | | |

### Dealing with claims of "immunity."

Any claim of "immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions.

Precedents of Law established by COURT cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty. For JUDGES, or anyone in any branch of government.

---

### [H]  FEE SCHEDULE
### OF INJURED PARTIES.
(See "Exhibit B")

1.    **NOTICE OF INTENT TO APPLY FEE SCHEDULE**

**PRINCIPAL:** Affiant and the Weickgenant Family (L.S.) (as Secured Party, Injured Party)

**RECIPIENTS:** Receiving Party not limited to The Internal Revenue Service (IRS); its employees, agents, and any third party(s) as respondents (as Debtors)

41.

### Section 1

Notice: Section 1 is a schedule of fees that are to be prepaid by the Recipient(s) to the Principal before the execution of any of the following acts by the Principal or the Principal's agents or assigns.

| Description | Rate |
| --- | --- |
| Initial involvement(s) re Weickgenant Family (L.S.) | $10,000/initial* |
| Attempt for Court hearing(s) re Weickgenant Family (L.S.) | $250,000/hearing* |
| Un-Certified Letter(s) re Weickgenant Family (L.S.) | $5,000/each* |
| Mental Stress re Affiant, Weickgenant Family (L.S.) | $5,000/day* |
| Arbitration hearing(s) re Weickgenant Family (L.S.) | $5,000/hearing* |
| Court hearing(s) re Weickgenant Family (L.S.) | $10,000/hearing* |
| Mediation hearing(s) re Weickgenant Family (L.S.) | $5,000/hearing* |
| Formal/informal meeting(s) re Weickgenant Family (L.S.) | $5,000/meeting* |

### Section 2

Notice: Section 2 is a schedule of fees that are to be paid by the Recipient(s) within three (3) days from receipt of any invoices issued by the Principal to the Recipient(s) for the execution of any of the following acts by the Principal or the Principal's agents or assigns.

| Description | Rate |
| --- | --- |
| Written communications re Weickgenant Family (L.S.) | $1,000/page* |
| Telephone communications re Weickgenant Family (L.S.) | $1,000/minute |
| Electronic communications re Weickgenant Family (L.S.) | $2,000/transmission* |
| Time expended re Weickgenant Family (L.S.) | $2,500/hour |
| Stress, duress, coercion placed upon Weickgenant Family (L.S.) re USC 42 § 1983, 18 U.S. Code § 241, 18 U.S. Code § 242; "Conspiracy/Deprivation of Rights under any color of law". | $500,000/incident, $11,000,000/lifetime |

*The fees for the acts described accrue in addition to the hourly rate for time expended.*

---

## [I] CALCULATION OF HARM, INJURY, DAMAGES FOR THE INJURED PARTY.

I.    Fee Schedule Calculations

42.

A.    **SECTION 1** — Fees to be prepaid by the Recipient(s) to the Principal before the execution (of acts):

1. Initial involvement(s) re Weickgenant Family (L.S.); $10,000/initial = $10,000.00 x's 16 (sixteen) family members = $160,000.00 ($160K).

2. Un-Certified Letter(s) re Weickgenant Family (L.S.); $5,000/each x 15 letters = $75,000.00 ($75K)

3. Mental Stress re Affiant, Weickgenant Family (L.S.); $5,000/day x 623 days (August 1, 2022 – April 15, 2024; YTD) = $3,115,000.00 ($3.11M) x's 2 (Tom and Sharon) family members = $6,230,000.00 ($6.23M).

4. ***Section 1 Grand Total***: **$6,465,000.00 ($6.46M)**

B.    **SECTION 2** — Fees to be paid by the Recipient(s) within three (3) days from receipt of any invoices issued by the Principal to the Recipient(s) for the execution (of acts):

1. Written communications re Weickgenant Family (L.S.); $1,000/page x 151 pages = $151,000.00 ($151K)

2. Telephone communications re Weickgenant Family (L.S.); $1,000/minutes x 196 minutes = $196,000.00 ($196K)

3. Electronic communications re Weickgenant Family (L.S.); $2,000/transmission x 1 transmissions = $2,000.00 ($2K)

4. Time expended re Weickgenant Family (L.S.); $2,500/hour x 100 hours = $250,000.00 ($250K)

5. Stress, duress, coercion placed upon Weickgenant Family (L.S.) re USC 42 § 1983, 18 U.S. Code § 241, 242; "Conspiracy/Deprivation of Rights under any color of law"; $500,000.00 ($500K) x's 2 (Tom and Sharon) family members = $1,000,000.00 ($1M):

   a. Incident #1 on 08/01/2022: "Unconstitutional Raid of Private Property with Lethal Force and

65

43.

Armed Robbery to cause Bodily Harm" = $500,000.00 ($500K)

6. And $11,000,000/lifetime; GT: $11,000,000.00 x's 16 (sixteen) family members = $176,000,000.00 ($176M).

   a. Tom Weickgenant (Husband, Trustee, Administrator)

   b. Sharon Weickgenant (Wife, Beneficiary)

   c. Amy Weickgenant (Child, Beneficiary)

   d. Joel Weickgenant (Child, Beneficiary)

   e. Aaron Weickgenant (Child, Beneficiary)

   f. Beverly Weickgenant (Child, Beneficiary)

   g. Hannah Rhoades (Grandchild, Beneficiary)

   h. Thomas Rhoades (Grandchild, Beneficiary)

   i. Emma Eado (Grandchild, Beneficiary)

   j. Holly Eado (Grandchild, Beneficiary)

   k. Naomi Weickgenant (Grandchild, Beneficiary)

   l. Abbey Weickgenant (Grandchild, Beneficiary)

   m. Phoebe Weickgenant (Grandchild, Beneficiary)

   n. Robert Weickgenant (Grandchild, Beneficiary)

   o. Seth Weickgenant (Grandchild, Beneficiary)

   p. Noah Weickgenant (Grandchild, Beneficiary)

7. *Section 2 Grand Total*: **$177,599,000.00 ($177.6M)**

C. **Section 1 ($6.46M) and 2 ($177.6M) equals the GRAND TOTAL: $184,064,000.00; ONE HUNDRED EIGHTY-FOUR MILLION SIXTY-FOUR THOUSAND DOLLARS AND ZERO CENTS ($184M).**

II. **Value of a Statistical Life (VSL) Calculations**

A. Based on these three (3) agencies, the "Value of a Statistical Life (VSL)" is averaged at $11 million dollars (USD):

66

44.

1. The Federal Emergency Management Agency (FEMA) set the value to be $7.5 million dollars (USD) (2020); and

2. The United States Department of Transportation (USDOT) set the value to be $12.5 million dollars (USD) (2022); and

3. The Environmental Protection Agency (EPA) set the value to be $10-$12.9 million dollars (USD).

B. Based on the CDC data, the "Life Expectancy" is:

1. Male: 73.5 years of life; $149,659.86 per year

2. Female: 79.3 years of life; $138,713.75 per year

C. The Value of Statistical Life (VSL) calculated with the Centers for Disease Control and Prevention (CDC) Life Expectance values serve as the valid minimum amount for your Affiant's lawful claim in case of any harm, injury, or damages incurred by the Affiant–Weickgenant Family (Principal, Injured Party); caused by the IRS, its employees (agents), or any 3rd party(s); therefore the calculated values herein will serve as the Affiant's valid lawful claim for redress.

---

## [J] LEDGER AND ACCOUNTING OF INJURED PARTIES AND HARM, INJURY, DAMAGES.

**This calculation represents the damages** incurred by your Affiant and Affiant's clients of whom are the injured parties (corpus delicti) of which has occurred due to the unlawful actions of you and your parties; the confiscation and theft of the injured party's private property: "private spendthrift trusts"; of which were stolen from your Affiant's private residence. Your Affiant is not the Trustee of any client's trusts but merely the Enrolled Agent and tax preparer, therefore by

67

45.

the act of threats and demands by you and your parties against your Affiant to comply with such orders to turnover your Affiant's private trust indentures of which are the private property of your Affiant's client's Spendthrift Trusts, by which if your Affiant complies would cause your Affiant to commit numerous crimes against your Affiant's clients, of which would compromise your Affiant's lawful and moral standing as a individual and as an Enrolled Agent; which you and your parties are attempting to force your Affiant into a position to comply with your demands and therefore causes your Affiant to violate the law, including contract law, which would cause your Affiant to face civil penalties and criminal charges/penalties; and by your threats, if your Affiant does not comply with your demands, your Affiant will face either civil penalties or criminal charges/penalties by the hand and actions of you and your parties. For the actions you and your parties have committed against your Affiant and your Affiant's clients, your unlawful actions have caused your Affiant and the 372+ clients encompassing **738 Trusts** with **538 Trustees** and **944 Beneficiaries** for a grand total of **1,482 People** to incur *estimated* damages in the amount of **$16,302,000,000.00; SIXTEEN-BILLION THREE-HUNDRED AND TWO MILLION DOLLARS AND ZERO CENTS ($16.3B),** which your Affiant and/or his clients have the lawful right and may choose at any time to seek remedy and redress for such damages caused by you and your parties pursuant to: including and not limited to: The Federal Tort Claims Act (FTCA of 1946); and 42 U.S. Code § 1983 — Civil action for deprivation of rights; and 18 U.S. Code § 241 — Conspiracy against rights; and 18 U.S. Code § 242 — Deprivation of rights under color of law; and 18 USC 4 — Misprision of Felony; all public official's egregious violation of oaths of office to the Constitution of The United States (Trust) as trustees.

| # | Trust Name | Trustees | Beneficiaries | Damages | GT |
|---|---|---|---|---|---|
| 1 | Weickgenant Family Trust | 1 | 15 | $11,000,000 | $176,000,000 |

68

46.

| 2 | AT | 2 | 3 | $11,000,000 | $55,000,000 |
|---|---|---|---|---|---|
| 3 | AD | 2 | 2 | $11,000,000 | $33,000,000 |
| 4 | AC | 1 | 8 | $11,000,000 | $99,000,000 |
| 5 | AA | 1 | — | $11,000,000 | $11,000,000 |
| 6 | AM | 2 | 2 | $11,000,000 | $44,000,000 |
| 7 | AB | 2 | 3 | $11,000,000 | $55,000,000 |
| 8 | AS | 1 | 3 | $11,000,000 | $44,000,000 |
| 9 | AM1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 10 | DN | 1 | 3 | $11,000,000 | $44,000,000 |
| 12 | AC1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 13 | AD1 | 2 | 1 | $11,000,000 | $33,000,000 |
| 14 | AA1 | 2 | 1 | $11,000,000 | $33,000,000 |
| 15 | ATB | 2 | 2 | $11,000,000 | $44,000,000 |
| 16 | BE | 2 | 2 | $11,000,000 | $44,000,000 |
| 17 | BB | 2 | 1 | $11,000,000 | $33,000,000 |
| 18 | BL | 1 | 2 | $11,000,000 | $33,000,000 |
| 19 | BW | 2 | 4 | $11,000,000 | $66,000,000 |
| 20 | BJ | 1 | 2 | $11,000,000 | $33,000,000 |
| 21 | BM | 1 | 1 | $11,000,000 | $22,000,000 |
| 22 | BJ | 2 | 4 | $11,000,000 | $66,000,000 |
| 23 | BD | 1 | 1 | $11,000,000 | $22,000,000 |
| 24 | BS | 1 | 2 | $11,000,000 | $33,000,000 |
| 25 | BB | 2 | 3 | $11,000,000 | $55,000,000 |
| 26 | BW | 1 | 1 | $11,000,000 | $22,000,000 |
| 27 | BG | 1 | 6 | $11,000,000 | $77,000,000 |
| 28 | BS | 1 | 3 | $11,000,000 | $44,000,000 |
| 29 | BM1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 30 | BJS | 2 | 2 | $11,000,000 | $44,000,000 |
| 31 | BD1 | 2 | 4 | $11,000,000 | $66,000,000 |
| 32 | BA | 1 | 2 | $11,000,000 | $33,000,000 |
| 33 | BJB | 2 | 3 | $11,000,000 | $55,000,000 |
| 34 | BDA | 1 | 3 | $11,000,000 | $44,000,000 |
| 35 | BS & TR | 1 | 3 | $11,000,000 | $44,000,000 |
| 36 | BT | 2 | 4 | $11,000,000 | $66,000,000 |
| 37 | BRS & LAD | 2 | 2 | $11,000,000 | $44,000,000 |
| 38 | BL | 1 | 4 | $11,000,000 | $55,000,000 |
| 39 | BJ | 1 | 4 | $11,000,000 | $55,000,000 |
| 40 | BT | 1 | 5 | $11,000,000 | $66,000,000 |
| 41 | BC | 2 | 8 | $11,000,000 | $110,000,000 |
| 42 | VB | 1 | 1 | $11,000,000 | $22,000,000 |
| 43 | BH | 2 | 4 | $11,000,000 | $66,000,000 |
| 44 | BBM | 2 | 3 | $11,000,000 | $55,000,000 |
| 45 | BJ | 1 | 4 | $11,000,000 | $55,000,000 |

47.

| 46 | BV | 2 | 1 | $11,000,000 | $33,000,000 |
| 47 | BDR | 2 | 4 | $11,000,000 | $66,000,000 |
| 48 | CT | 1 | 2 | $11,000,000 | $33,000,000 |
| 49 | CS | 2 | 4 | $11,000,000 | $66,000,000 |
| 50 | CK | 1 | 2 | $11,000,000 | $33,000,000 |
| 51 | CTE | 2 | 1 | $11,000,000 | $33,000,000 |
| 52 | CHJR | 2 | 3 | $11,000,000 | $55,000,000 |
| 53 | CC | 1 | 3 | $11,000,000 | $44,000,000 |
| 54 | CRKL | 1 | 2 | $11,000,000 | $33,000,000 |
| 55 | CC | 1 | 2 | $11,000,000 | $33,000,000 |
| 56 | CB | 3 | 5 | $11,000,000 | $88,000,000 |
| 57 | CF | 1 | 1 | $11,000,000 | $22,000,000 |
| 58 | CP | 1 | 1 | $11,000,000 | $22,000,000 |
| 59 | CJ | 1 | 4 | $11,000,000 | $55,000,000 |
| 60 | CM | 1 | — | $11,000,000 | $11,000,000 |
| 61 | CMR | 2 | 1 | $11,000,000 | $33,000,000 |
| 62 | CB1 | 1 | 4 | $11,000,000 | $55,000,000 |
| 63 | CC | 1 | 2 | $11,000,000 | $33,000,000 |
| 64 | CF | 1 | — | $11,000,000 | $11,000,000 |
| 65 | CH | 1 | 2 | $11,000,000 | $33,000,000 |
| 66 | CC1 | 2 | — | $11,000,000 | $22,000,000 |
| 67 | CM | 1 | 4 | $11,000,000 | $55,000,000 |
| 68 | CJ | 1 | 2 | $11,000,000 | $33,000,000 |
| 69 | CL | 1 | 1 | $11,000,000 | $22,000,000 |
| 70 | CM | 1 | 3 | $11,000,000 | $44,000,000 |
| 71 | CP | 1 | 2 | $11,000,000 | $33,000,000 |
| 72 | CC1 | 1 | 4 | $11,000,000 | $55,000,000 |
| 73 | CJ1 | 2 | 2 | $11,000,000 | $44,000,000 |
| 74 | CF | 2 | 3 | $11,000,000 | $55,000,000 |
| 75 | CS | 2 | 2 | $11,000,000 | $44,000,000 |
| 76 | DL | 1 | 1 | $11,000,000 | $22,000,000 |
| 77 | DA | 1 | 2 | $11,000,000 | $33,000,000 |
| 78 | DT | 2 | 2 | $11,000,000 | $44,000,000 |
| 79 | DT1 | 2 | 3 | $11,000,000 | $55,000,000 |
| 80 | DA1 | 1 | — | $11,000,000 | $11,000,000 |
| 81 | DD | 1 | 2 | $11,000,000 | $33,000,000 |
| 82 | DJ | 1 | 3 | $11,000,000 | $44,000,000 |
| 83 | DJ1 | 1 | 3 | $11,000,000 | $44,000,000 |
| 84 | DJ2 | 1 | 1 | $11,000,000 | $22,000,000 |
| 85 | DM | 1 | 3 | $11,000,000 | $44,000,000 |
| 86 | DFA | 2 | 1 | $11,000,000 | $33,000,000 |
| 87 | DM | 2 | 1 | $11,000,000 | $33,000,000 |
| 88 | DR | 1 | 3 | $11,000,000 | $44,000,000 |

48.

| 89 | DR1 | 1 | 2 | $11,000,000 | $33,000,000 |
|-----|------|-----|-----|-------------|-------------|
| 90 | ER | 2 | 1 | $11,000,000 | $33,000,000 |
| 91 | EN | 1 | 2 | $11,000,000 | $33,000,000 |
| 92 | EC | 1 | 3 | $11,000,000 | $44,000,000 |
| 93 | ET | 1 | 2 | $11,000,000 | $33,000,000 |
| 94 | FJ | 1 | 1 | $11,000,000 | $22,000,000 |
| 95 | FD | 2 | 6 | $11,000,000 | $88,000,000 |
| 96 | FT | 1 | 3 | $11,000,000 | $44,000,000 |
| 97 | FJ | 2 | 4 | $11,000,000 | $66,000,000 |
| 98 | FR | 1 | 3 | $11,000,000 | $44,000,000 |
| 99 | FJJ | 1 | 4 | $11,000,000 | $55,000,000 |
| 100 | FJ | 1 | 1 | $11,000,000 | $22,000,000 |
| 101 | FM | 1 | 2 | $11,000,000 | $33,000,000 |
| 102 | FRB | 2 | 3 | $11,000,000 | $55,000,000 |
| 103 | FRC | 1 | 1 | $11,000,000 | $22,000,000 |
| 104 | FB | 2 | 1 | $11,000,000 | $33,000,000 |
| 105 | FD | 1 | 3 | $11,000,000 | $44,000,000 |
| 106 | FS | 1 | 1 | $11,000,000 | $22,000,000 |
| 107 | FM | 1 | 1 | $11,000,000 | $22,000,000 |
| 108 | FO | 2 | 3 | $11,000,000 | $55,000,000 |
| 109 | GJ | 2 | 7 | $11,000,000 | $99,000,000 |
| 110 | GS | 1 | 3 | $11,000,000 | $44,000,000 |
| 111 | GD | 2 | 2 | $11,000,000 | $44,000,000 |
| 112 | GP | 2 | 3 | $11,000,000 | $55,000,000 |
| 113 | GR | 1 | 2 | $11,000,000 | $33,000,000 |
| 114 | GR1 | — | — | $11,000,000 | $ — |
| 115 | GV | 2 | 3 | $11,000,000 | $55,000,000 |
| 116 | GC | 2 | 2 | $11,000,000 | $44,000,000 |
| 117 | GN | 2 | 3 | $11,000,000 | $55,000,000 |
| 118 | GS | 1 | 3 | $11,000,000 | $44,000,000 |
| 119 | GJ | — | — | $11,000,000 | $ — |
| 120 | GP1 | 2 | 3 | $11,000,000 | $55,000,000 |
| 121 | GH | 1 | 1 | $11,000,000 | $22,000,000 |
| 122 | GJL | 2 | 2 | $11,000,000 | $44,000,000 |
| 123 | GB | 1 | 2 | $11,000,000 | $33,000,000 |
| 124 | GG | — | — | $11,000,000 | $ — |
| 125 | GJ1 | 1 | — | $11,000,000 | $11,000,000 |
| 126 | GK | — | — | $11,000,000 | $ — |
| 127 | GD | 2 | — | $11,000,000 | $22,000,000 |
| 128 | GJ2 | 2 | 4 | $11,000,000 | $66,000,000 |
| 129 | GJ3 | 2 | 4 | $11,000,000 | $66,000,000 |
| 130 | GE | 1 | 3 | $11,000,000 | $44,000,000 |
| 131 | GJ4 | 2 | 3 | $11,000,000 | $55,000,000 |

49.

| 132 | GA | 2 | 3 | $11,000,000 | $55,000,000 |
|---|---|---|---|---|---|
| 133 | GR | 1 | 2 | $11,000,000 | $33,000,000 |
| 134 | GC1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 135 | GJD | 2 | 2 | $11,000,000 | $44,000,000 |
| 136 | GJS | 4 | 4 | $11,000,000 | $88,000,000 |
| 137 | HJ | 2 | 4 | $11,000,000 | $66,000,000 |
| 138 | HD | 2 | — | $11,000,000 | $22,000,000 |
| 139 | HJ | 2 | 3 | $11,000,000 | $55,000,000 |
| 140 | HM | 1 | 3 | $11,000,000 | $44,000,000 |
| 141 | HM1 | 2 | 2 | $11,000,000 | $44,000,000 |
| 142 | HM2 | 1 | 4 | $11,000,000 | $55,000,000 |
| 143 | HR | 2 | 6 | $11,000,000 | $88,000,000 |
| 144 | HB | — | — | $11,000,000 | $ — |
| 145 | HP | 1 | 2 | $11,000,000 | $33,000,000 |
| 146 | HD | 1 | 3 | $11,000,000 | $44,000,000 |
| 147 | HK | 2 | 2 | $11,000,000 | $44,000,000 |
| 148 | HM | 1 | 1 | $11,000,000 | $22,000,000 |
| 149 | HSJ | 2 | 1 | $11,000,000 | $33,000,000 |
| 150 | HM | 1 | 1 | $11,000,000 | $22,000,000 |
| 151 | HC | 2 | 2 | $11,000,000 | $44,000,000 |
| 152 | HMCP | 3 | — | $11,000,000 | $33,000,000 |
| 153 | HA | 1 | 3 | $11,000,000 | $44,000,000 |
| 154 | HC | 1 | 2 | $11,000,000 | $33,000,000 |
| 155 | HJ | 2 | 6 | $11,000,000 | $88,000,000 |
| 156 | HJ1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 157 | HA | 3 | 3 | $11,000,000 | $66,000,000 |
| 158 | HD | 2 | 3 | $11,000,000 | $55,000,000 |
| 159 | HD1 | 1 | — | $11,000,000 | $11,000,000 |
| 160 | HT | 2 | — | $11,000,000 | $22,000,000 |
| 161 | HJ | 1 | — | $11,000,000 | $11,000,000 |
| 162 | IR | 1 | 1 | $11,000,000 | $22,000,000 |
| 163 | JE | 2 | 6 | $11,000,000 | $88,000,000 |
| 164 | JT | 2 | 4 | $11,000,000 | $66,000,000 |
| 165 | JM | 1 | 4 | $11,000,000 | $55,000,000 |
| 166 | JG | 2 | 2 | $11,000,000 | $44,000,000 |
| 167 | JJ | 3 | 2 | $11,000,000 | $55,000,000 |
| 168 | JP | 1 | 4 | $11,000,000 | $55,000,000 |
| 169 | JK | 1 | — | $11,000,000 | $11,000,000 |
| 170 | JN | 2 | 4 | $11,000,000 | $66,000,000 |
| 171 | JA | 9 | 11 | $11,000,000 | $220,000,000 |
| 172 | JJHC | 2 | 5 | $11,000,000 | $77,000,000 |
| 173 | JT | 1 | 3 | $11,000,000 | $44,000,000 |
| 174 | JJ1 | 2 | 3 | $11,000,000 | $55,000,000 |

50.

| 175 | JD | 1 | 1 | $11,000,000 | $22,000,000 |
|---|---|---|---|---|---|
| 176 | KA | 1 | 5 | $11,000,000 | $66,000,000 |
| 177 | KD | 2 | 2 | $11,000,000 | $44,000,000 |
| 178 | KP | 2 | 3 | $11,000,000 | $55,000,000 |
| 179 | KJ | 2 | 2 | $11,000,000 | $44,000,000 |
| 180 | KS | 2 | 2 | $11,000,000 | $44,000,000 |
| 181 | KK | 2 | 2 | $11,000,000 | $44,000,000 |
| 182 | KT | 1 | 2 | $11,000,000 | $33,000,000 |
| 183 | KJJ | 1 | 4 | $11,000,000 | $55,000,000 |
| 184 | KS | 1 | 1 | $11,000,000 | $22,000,000 |
| 185 | KL | 2 | 7 | $11,000,000 | $99,000,000 |
| 186 | KR | 2 | 5 | $11,000,000 | $77,000,000 |
| 187 | LJ | 2 | 2 | $11,000,000 | $44,000,000 |
| 188 | LT | 1 | 1 | $11,000,000 | $22,000,000 |
| 189 | LH | 1 | 3 | $11,000,000 | $44,000,000 |
| 190 | LR | 2 | 2 | $11,000,000 | $44,000,000 |
| 191 | LJGM | 1 | — | $11,000,000 | $11,000,000 |
| 192 | LR | 1 | 1 | $11,000,000 | $22,000,000 |
| 193 | LS | 1 | — | $11,000,000 | $11,000,000 |
| 194 | LA | 1 | 1 | $11,000,000 | $22,000,000 |
| 195 | LJ2 | 2 | 3 | $11,000,000 | $55,000,000 |
| 196 | LL | 1 | 1 | $11,000,000 | $22,000,000 |
| 197 | LD | 1 | 4 | $11,000,000 | $55,000,000 |
| 198 | LT1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 199 | LJ3 | 1 | — | $11,000,000 | $11,000,000 |
| 200 | LN | 2 | 2 | $11,000,000 | $44,000,000 |
| 201 | LJ4 | 2 | 3 | $11,000,000 | $55,000,000 |
| 202 | MD | 1 | 3 | $11,000,000 | $44,000,000 |
| 203 | MC | 2 | 3 | $11,000,000 | $55,000,000 |
| 204 | MM | 3 | 2 | $11,000,000 | $55,000,000 |
| 205 | RM | 2 | 2 | $11,000,000 | $44,000,000 |
| 206 | NM | 2 | 13 | $11,000,000 | $165,000,000 |
| 207 | DM | 1 | 1 | $11,000,000 | $22,000,000 |
| 208 | DM | 2 | 2 | $11,000,000 | $44,000,000 |
| 209 | GM | 1 | — | $11,000,000 | $11,000,000 |
| 210 | CM | 1 | 1 | $11,000,000 | $22,000,000 |
| 211 | SM | 1 | 5 | $11,000,000 | $66,000,000 |
| 212 | JM | 1 | 2 | $11,000,000 | $33,000,000 |
| 213 | RM | 2 | 1 | $11,000,000 | $33,000,000 |
| 214 | DM | 2 | 2 | $11,000,000 | $44,000,000 |
| 215 | RM | 1 | — | $11,000,000 | $11,000,000 |
| 216 | PMM | 2 | 2 | $11,000,000 | $44,000,000 |
| 217 | BCM | 2 | 6 | $11,000,000 | $88,000,000 |

51.

| 218 | WMN | 1 | 4 | $11,000,000 | $55,000,000 |
|---|---|---|---|---|---|
| 219 | PM | 1 | 1 | $11,000,000 | $22,000,000 |
| 220 | BM | 1 | 5 | $11,000,000 | $66,000,000 |
| 221 | MM | 1 | 4 | $11,000,000 | $55,000,000 |
| 222 | DMDN | 1 | 1 | $11,000,000 | $22,000,000 |
| 223 | RMM | 1 | 2 | $11,000,000 | $33,000,000 |
| 224 | BM | 2 | 3 | $11,000,000 | $55,000,000 |
| 225 | DEM | 2 | 3 | $11,000,000 | $55,000,000 |
| 226 | DJM | 1 | 2 | $11,000,000 | $33,000,000 |
| 227 | JSM | 2 | — | $11,000,000 | $22,000,000 |
| 228 | MMO | 1 | 3 | $11,000,000 | $44,000,000 |
| 229 | RHM | 1 | 3 | $11,000,000 | $44,000,000 |
| 230 | KFM | 1 | 2 | $11,000,000 | $33,000,000 |
| 231 | LM | 2 | 2 | $11,000,000 | $44,000,000 |
| 232 | CN | 2 | 1 | $11,000,000 | $33,000,000 |
| 233 | LJN | 1 | 5 | $11,000,000 | $66,000,000 |
| 234 | NDN | 1 | — | $11,000,000 | $11,000,000 |
| 235 | AN | 1 | 1 | $11,000,000 | $22,000,000 |
| 236 | CNS | 1 | 1 | $11,000,000 | $22,000,000 |
| 237 | NG | 1 | 3 | $11,000,000 | $44,000,000 |
| 238 | STN | 2 | 1 | $11,000,000 | $33,000,000 |
| 239 | MAGN | 2 | 2 | $11,000,000 | $44,000,000 |
| 240 | DN | 1 | 1 | $11,000,000 | $22,000,000 |
| 241 | AOB | 1 | 0 | $11,000,000 | $11,000,000 |
| 242 | JO | 2 | 2 | $11,000,000 | $44,000,000 |
| 243 | BP | 2 | 2 | $11,000,000 | $44,000,000 |
| 244 | MP | 1 | 3 | $11,000,000 | $44,000,000 |
| 245 | CP | 1 | 8 | $11,000,000 | $99,000,000 |
| 246 | TAP | 1 | 2 | $11,000,000 | $33,000,000 |
| 247 | TP | 2 | 6 | $11,000,000 | $88,000,000 |
| 248 | GRP | 1 | 2 | $11,000,000 | $33,000,000 |
| 249 | EP | 1 | 3 | $11,000,000 | $44,000,000 |
| 250 | JP | 1 | 3 | $11,000,000 | $44,000,000 |
| 251 | LNP | 1 | 1 | $11,000,000 | $22,000,000 |
| 252 | CVP | 1 | 0 | $11,000,000 | $11,000,000 |
| 253 | PP | 2 | 2 | $11,000,000 | $44,000,000 |
| 254 | TP | 2 | 1 | $11,000,000 | $33,000,000 |
| 255 | VP | 1 | 4 | $11,000,000 | $55,000,000 |
| 256 | PP | 1 | 1 | $11,000,000 | $22,000,000 |
| 257 | HPP | 2 | 1 | $11,000,000 | $33,000,000 |
| 258 | JSP | 1 | — | $11,000,000 | $11,000,000 |
| 259 | RP | 1 | 1 | $11,000,000 | $22,000,000 |
| 260 | AP | 2 | 4 | $11,000,000 | $66,000,000 |

52.

| 261 | FMP | 1 | 3 | $11,000,000 | $44,000,000 |
| 262 | CP | 1 | 5 | $11,000,000 | $66,000,000 |
| 263 | HP | 1 | 2 | $11,000,000 | $33,000,000 |
| 264 | HPU | 1 | 1 | $11,000,000 | $22,000,000 |
| 265 | HEAP | 2 | 2 | $11,000,000 | $44,000,000 |
| 266 | CQ | 1 | 6 | $11,000,000 | $77,000,000 |
| 267 | TR | 1 | 2 | $11,000,000 | $33,000,000 |
| 268 | CR | 1 | 2 | $11,000,000 | $33,000,000 |
| 269 | MSR | 2 | 3 | $11,000,000 | $55,000,000 |
| 270 | RUR | 2 | 2 | $11,000,000 | $44,000,000 |
| 271 | WKR | 2 | 3 | $11,000,000 | $55,000,000 |
| 272 | ARR | 1 | 2 | $11,000,000 | $33,000,000 |
| 273 | TJR | 1 | 2 | $11,000,000 | $33,000,000 |
| 274 | JAR | 2 | 2 | $11,000,000 | $44,000,000 |
| 275 | ANR | 2 | 4 | $11,000,000 | $66,000,000 |
| 276 | GRP | 1 | — | $11,000,000 | $11,000,000 |
| 277 | ARIV | 1 | 4 | $11,000,000 | $55,000,000 |
| 278 | JROB | 1 | 5 | $11,000,000 | $66,000,000 |
| 279 | TIR | 2 | 3 | $11,000,000 | $55,000,000 |
| 280 | MCR | 2 | 3 | $11,000,000 | $55,000,000 |
| 281 | ASR | 2 | 6 | $11,000,000 | $88,000,000 |
| 282 | TRSB | 1 | 3 | $11,000,000 | $44,000,000 |
| 283 | JOR | 2 | 3 | $11,000,000 | $55,000,000 |
| 284 | BCR | 2 | 1 | $11,000,000 | $33,000,000 |
| 285 | JROY | 2 | 5 | $11,000,000 | $77,000,000 |
| 286 | MAR | 1 | 6 | $11,000,000 | $77,000,000 |
| 287 | SA | 2 | 5 | $11,000,000 | $77,000,000 |
| 288 | SJ | 2 | 2 | $11,000,000 | $44,000,000 |
| 289 | SJL | 2 | 3 | $11,000,000 | $55,000,000 |
| 290 | SD | 2 | 1 | $11,000,000 | $33,000,000 |
| 291 | SM | 1 | 3 | $11,000,000 | $44,000,000 |
| 292 | SG | 1 | 3 | $11,000,000 | $44,000,000 |
| 293 | SW | — | — | $11,000,000 | $ — |
| 294 | SHR | 2 | 4 | $11,000,000 | $66,000,000 |
| 295 | SHME | 3 | 6 | $11,000,000 | $99,000,000 |
| 296 | SSD | 2 | 2 | $11,000,000 | $44,000,000 |
| 297 | SCJ | 2 | 3 | $11,000,000 | $55,000,000 |
| 298 | SDK | 2 | 6 | $11,000,000 | $88,000,000 |
| 299 | SS | 1 | 4 | $11,000,000 | $55,000,000 |
| 300 | SWD | 2 | 6 | $11,000,000 | $88,000,000 |
| 301 | JS | 1 | 4 | $11,000,000 | $55,000,000 |
| 302 | SK3 | 1 | 9 | $11,000,000 | $110,000,000 |
| 303 | SREC | 2 | 2 | $11,000,000 | $44,000,000 |

53.

| 304 | SDP | 2 | 1 | $11,000,000 | $33,000,000 |
|-----|-----|---|---|-------------|-------------|
| 305 | SKB | 2 | 2 | $11,000,000 | $44,000,000 |
| 306 | SNS | 2 | 5 | $11,000,000 | $77,000,000 |
| 307 | SPK | 1 | 5 | $11,000,000 | $66,000,000 |
| 308 | MSS | 1 | 8 | $11,000,000 | $99,000,000 |
| 309 | SMH | 2 | 1 | $11,000,000 | $33,000,000 |
| 310 | SK | 1 | 2 | $11,000,000 | $33,000,000 |
| 311 | SJ | 1 | 2 | $11,000,000 | $33,000,000 |
| 312 | SBJ | 2 | 3 | $11,000,000 | $55,000,000 |
| 313 | SS | 2 | 1 | $11,000,000 | $33,000,000 |
| 314 | SS2 | 1 | 2 | $11,000,000 | $33,000,000 |
| 315 | SR | 1 | 1 | $11,000,000 | $22,000,000 |
| 316 | SBS | 2 | 1 | $11,000,000 | $33,000,000 |
| 317 | SC | 1 | 3 | $11,000,000 | $44,000,000 |
| 318 | SN | 1 | 2 | $11,000,000 | $33,000,000 |
| 319 | ST | 1 | 2 | $11,000,000 | $33,000,000 |
| 320 | SB | 2 | 1 | $11,000,000 | $33,000,000 |
| 321 | SK | 2 | 2 | $11,000,000 | $44,000,000 |
| 322 | SD | 2 | 2 | $11,000,000 | $44,000,000 |
| 323 | TC | 1 | 1 | $11,000,000 | $22,000,000 |
| 324 | TK | 1 | 1 | $11,000,000 | $22,000,000 |
| 325 | TL | 1 | 4 | $11,000,000 | $55,000,000 |
| 326 | TRM | 2 | 3 | $11,000,000 | $55,000,000 |
| 327 | TA | 1 | 2 | $11,000,000 | $33,000,000 |
| 328 | TB | 1 | 3 | $11,000,000 | $44,000,000 |
| 329 | TJ | 1 | 2 | $11,000,000 | $33,000,000 |
| 330 | TJU | 1 | 2 | $11,000,000 | $33,000,000 |
| 331 | TR | 1 | 10 | $11,000,000 | $121,000,000 |
| 332 | TTN | 2 | 3 | $11,000,000 | $55,000,000 |
| 333 | TTLJ | 1 | 3 | $11,000,000 | $44,000,000 |
| 334 | TS | 1 | 1 | $11,000,000 | $22,000,000 |
| 335 | TCJ | 2 | 3 | $11,000,000 | $55,000,000 |
| 336 | TR | 1 | 1 | $11,000,000 | $22,000,000 |
| 337 | TV | 1 | 1 | $11,000,000 | $22,000,000 |
| 338 | TC | 1 | 1 | $11,000,000 | $22,000,000 |
| 339 | TD | 2 | 2 | $11,000,000 | $44,000,000 |
| 340 | TKD | 1 | 0 | $11,000,000 | $11,000,000 |
| 341 | TTS | 2 | 4 | $11,000,000 | $66,000,000 |
| 342 | TTM | 1 | 1 | $11,000,000 | $22,000,000 |
| 343 | UBN | 2 | 3 | $11,000,000 | $55,000,000 |
| 344 | RU | 1 | 2 | $11,000,000 | $33,000,000 |
| 345 | VA | 1 | 1 | $11,000,000 | $22,000,000 |
| 346 | VJ2 | 1 | 1 | $11,000,000 | $22,000,000 |

54.

| 347 | VH | 1 | 3 | $11,000,000 | $44,000,000 |
| 348 | VG | 1 | 1 | $11,000,000 | $22,000,000 |
| 349 | WV | 1 | 3 | $11,000,000 | $44,000,000 |
| 350 | WRJT | 3 | 2 | $11,000,000 | $55,000,000 |
| 351 | WD1 | 1 | 2 | $11,000,000 | $33,000,000 |
| 352 | WD2 | 1 | 1 | $11,000,000 | $22,000,000 |
| 353 | WG | 1 | 4 | $11,000,000 | $55,000,000 |
| 354 | WJ | 1 | 3 | $11,000,000 | $44,000,000 |
| 355 | WRR | 2 | 1 | $11,000,000 | $33,000,000 |
| 356 | WJ | 1 | 2 | $11,000,000 | $33,000,000 |
| 357 | WGS | 1 | 3 | $11,000,000 | $44,000,000 |
| 358 | WK | 2 | 7 | $11,000,000 | $99,000,000 |
| 359 | WJS | 2 | 2 | $11,000,000 | $44,000,000 |
| 360 | WT | 2 | 4 | $11,000,000 | $66,000,000 |
| 361 | WB | — | — | $11,000,000 | $ — |
| 362 | WB2 | 1 | 5 | $11,000,000 | $66,000,000 |
| 363 | WD | 1 | 1 | $11,000,000 | $22,000,000 |
| 364 | WA | 1 | 2 | $11,000,000 | $33,000,000 |
| 365 | WJT | 1 | 1 | $11,000,000 | $22,000,000 |
| 366 | WR | 2 | 3 | $11,000,000 | $55,000,000 |
| 367 | WJO | 1 | 1 | $11,000,000 | $22,000,000 |
| 368 | WAP | 2 | 8 | $11,000,000 | $110,000,000 |
| 369 | WBR | 2 | 5 | $11,000,000 | $77,000,000 |
| 370 | WJA | 1 | 2 | $11,000,000 | $33,000,000 |
| 371 | WRA | 1 | 4 | $11,000,000 | $55,000,000 |
| 372 | YJ | 1 | 2 | $11,000,000 | $33,000,000 |
| | **372** (GT: 738) | **538** (1,482) | **944** (1,482) | **$11M** | **$16,302,000,000** |
| | **Trusts** | **Trustees** | **Beneficiaries** | **Damages** | **GT of Damages** |

## [K]  LAWFUL REMEDY.

*"A Lawful Cause for Dismissal"*

**Due to the unlawful and egregious actions** of the Internal Revenue Service (IRS), its employees/agents and certain Public Officials, which has caused your Affiant to suffer insurmountable harm, injury, and damage; — in order to end the current pain and suffering being incurred daily by your Affiant and his family that has been committed by your and

55.

your party(s), your Affiant immediately demands **(a)** that this case against your Affiant, Affiant's family and Affiant's practice TE Weickgenant & Associates, Inc. is "Officially Dismissed with Prejudice" along with **(b)** an official end to all harassment and investigations of your Affiant and Affiant's tax clients, **(c)** all personal and trust client's files and copies returned, and **(d)** the "Official Reinstatement of Affiant's Enrolled Agent Status and EFIN in good standing", and **(e)** an "Official Apology Letter from the Internal Revenue Service (IRS) and the Constable Office/Officers" for all the pain and suffering our family has suffered and endured by the IRS Agency and its agents or employees. In the case of uncertainty, we respectfully invoke the Legal Maxim: "'**Fraud vitiates everything**' and a judgment equally with a contract; that is, a judgment obtained directly by fraud, and not merely a judgment founded on a fraudulent instrument; for, in general, the court will not go again into the merits of an action for the purpose of detecting and annulling the fraud." (See: The Supreme Court Ruling *United States v. Throckmorton*, 98 U.S. 61 [1878])

---

## [L] RELIEF FROM JUDGEMENT.
*"A Lawful Cause for Dismissal"*

I.  **The court can on its own motion** without a prompting or suggestion from either party dismiss this case against your Affiant "Sua Sponte".

A.  **Rule 60. Relief from a Judgement or Order** allows for relief based on:

   **(b)** Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and

56.

while it is pending, such a mistake may be corrected only with the appellate court's leave.

**(c)** Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

    (1)    mistake, inadvertence, surprise, or excusable neglect;

    (2)    newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

    (3)    fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

    (4)    the judgment is void;

    (5)    the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

    (6)    any other reason that justifies relief.

**(d)** Timing and Effect of the Motion.

    (1)    Timing. A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

    (2)    Effect on Finality. The motion does not affect the judgment's finality or suspend its operation.

**(e)** Other Powers to Grant Relief. This rule does not limit a court's power to:

    (1)    entertain an independent action to relieve a party from a judgment, order, or proceeding;

    (2)    grant relief under 28 U.S.C. §1655 to a defendant who was not personally notified of the action; or

    (3)    set aside a judgment for fraud on the court.

**(f)** Bills and Writs Abolished. The following are abolished: bills of review, bills in the nature of bills of review, and writs of coram nobis, coram vobis, and audita querela.

**B.**    **Based on Rule 60; your Affiant presents the following items to allow for relief from judgement:**

    **1.**    **60(b)(1);** *"mistake, inadvertence, surprise, or excusable neglect,"* – <u>the search warrant was issued by mistake based on the limited information that was presented to the Magistrate Judge</u> *by the parties to obtain such search warrant.*

79

57.

2.   **60(b)(2)**; *"newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);"* – newly discovered evidence presented herein concludes that the search warrant was obtained by the party(s) through a "misrepresentation" of the facts and truth of the subject matter and your Affiant and or under "false pretenses".

3.   **60(b)(3)**; *"fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;"* – throughout the entire process of fraud, assault, terrorism against your Affiant and his family: the actions of the party(s) beginning from the initial investigation, to obtaining the baseless and unlawful search warrant, to the unlawful raid on Affiant's private residence, to the use of lethal deadly force against your Affiant and indecent actions against Affiant's wife, to the armed robbery and grand larceny of private property encompassing Affiant's 372+ clients encompassing 738 Private Spendthrift Trust Files *(without the required judicial turnover orders)*, to the *premeditated* denial of Miranda Rights, to denying Affiant his right to call his attorney/counsel, to the unlawful detainment, arrest and kidnapping of Affiant and his wife Sharon, to attacking Affiant's family business by revoking Affiant's and Affiant's manager's EFIN for tax filing, to the constant harassment of IRS employees and agents, to the continuous alleged investigation without due process of law nor lawful claim with the requirement of an injured party (corpus delicti); — Affiant motions the court: **The Court may grant Lawful dismissal pursuant to 18 U.S. Code § 4 – Misprision of felony** — Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both… to prevent further harm, injury, damage incurred by your Affiant and Affiant's family, Affiant's associate and business.

58.

4.   **60(b)(4)**; *"the judgment is void;"* – Legal Maxim: "'Fraud vitiates everything' and a judgment equally with a contract; that is, <u>a judgment obtained directly by fraud</u>, and not merely a judgment founded on a fraudulent instrument; for, in general, <u>the court will not go again into the merits of an action for the purpose of detecting and annulling the fraud.</u>" (See: The Supreme Court Ruling ***United States v. Throckmorton*, 98 U.S. 61 [1878]**).

5.   **60(b)(5)**; *"the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or <u>applying it prospectively is no longer equitable;</u> or"* – since equitable means: "fair or impartial" of which the judgement against your Affiant is not equitable; fair or impartial due to the actions of the IRS its employees and agents; causing harm, injury, and damages.

6.   **60(b)(6)**; *"any other reason that justifies relief."* – The court should dismiss this case with prejudice sua sponte and make it void ab initio. Under the term OBSTA PRINCIPIIS, <u>"The duty of the courts to be watchful for the Constitutional Rights of the citizen."</u> See CL. ***Boyd vs. United States, vs. Henkel***; "Withstand beginnings; resist the first approaches or encroachments. <u>"It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon.</u> Their motto should be 'Obsta prineipiis.'" See ***Bradley, J.. Boyd v. U. S., 116 U. S. 035, 6 Sup. Ct. 535, 29 L. Ed. 746.***

7.   **60(d)(3)**; *"set aside a judgment for fraud on the court."* – The IRS and its employees and agents have defrauded the court and The United States, and the U.S. Government by either misrepresentation or fraud committed under false pretenses by operation of law. Of which under the color of law, they have deprived your Affiant of multiple rights secured by the Constitution of the United States and its 4th, 5th, 6th, 8th, Amendments. See **18 U.S. Code § 4** – Misprision of felony; and **42 U.S. CODE § 1983** – Civil Action For Deprivation Of Rights; and **18 U.S. Code § 241** – Conspiracy against rights; and **18 U.S. Code § 242** – Deprivation of rights under color of law; and

81

59.

**The Texas Torts Claims Act of Texas** (Section 101 of the Texas Civil Practices and Remedies Code); and **The Federal Tort Claims Act of 1946** [FTCA] (28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680. Also, your Affiant demands and motions the court to dismiss this case with prejudice for *"failure to state a cause of action for which relief can be granted."* (See **Fed. R. Civ. P.12[b][6]**)

## [M]  RECOURSE OR REDRESS.
*"A Lawful Cause for Dismissal"*

**Your Affiant seeks recourse and redress** through the court based upon due process of law, of which your Affiant seeks such through the court demanding such remedy; ordering the IRS, its employees/agents to cease their causing harm, injury, and damage to your Affiant by dismissing this case with prejudice and allowing "Lawful Remedy" [J]. See case law, *cited*: "The judge has a duty to continually inspect the record of the case, and if subject-matter jurisdiction does not appear at any time from the record of the case, then he has the duty to dismiss the case lacking subject-matter jurisdiction." See *U.S. v. Will*, **449 U.S. 200, 216, 101 S. Ct. 471, 66 L.Ed.2d 392, 406 (1980)**; and [C]onstitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be obsta principiis ["resist beginnings"]. See *Boyd v. United States*, **116 U.S. 616, 6 S. Ct. 524, 29 L. Ed. 746 (1886). [Bradley, J.. Boyd v. U. S., 116 U. S. 035, 6 Sup. Ct. 535, 29 L. Ed. 746.]** , *Hale v. Henkel*, **201 U.S. 43 (1906)**

82

60.

## [N]  CORPUS DELICTI.
*"A Lawful Cause for Dismissal"*

**I.    The principle of "corpus delicti"** which translates to "body of crime"; guarantees that <u>no one should be convicted of a crime without sufficient evidence that the crime actually occurred</u>. The rule began in part to prevent the government from punishing individuals for a crime solely based on their confession, which in many cases were false and driven by coercion. In modern practice, <u>corpus delicti requires that the government have enough evidence showing that the essential parts of a crime occurred before they can even charge an individual. If the corpus delicti bar has not been satisfied, the government cannot prosecute an individual</u>. (See Cornell Law definition)

**A.**   "For a crime to exist, <u>there must be an injured party</u> (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." See ***Sherer v. Cullen* 481 F. 945:**

**B.**   Supreme courts ruled "<u>Without Corpus delicti there can be no crime</u>" "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., <u>the body or elements of the crime</u>." See ***People v. Lopez*, 62 Ca.Rptr. 47, 254 C.A.2d 185.**

**C.**   "<u>In every criminal trial, the prosecution must prove the corpus delecti, or the body of the crime itself</u>-i.e., <u>the fact of injury, loss or harm, and the existence of a criminal agency as its cause</u>." See ***People v. Sapp*, 73 P.3d 433, 467 (Cal. 2003)** [quoting ***People v. Alvarez*, (2002) 27 Cal.4th 1161, 1168-1169, 119 Cal.Rptr2d 903, 46 P.3d 372.**].

**D.**   "As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which <u>the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury</u>." See ***People v.   Superior   Court*, 126 Cal.Rptr.2d 793.**

83

61.

E.    "Without standing, there is no actual or justiciable controversy; and courts will not entertain such cases. See *3 Witlen, Cal. Procedure* (3rd ed. 1985) Actions § 44, pp 70-72. "Typically, … the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted." See *Allen v. Wright*, (1984) 468 U.S. 737, 752… Whether one has standing in a particular case generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened." See *Clifford S. v. Superior Court*, 45 Cal.Rptr.2d 333, 335.

## II.    THE SEVEN (7) ELEMENTS OF JURISDICTION:

1.    The accused must be properly identified, identified in such a fashion there is no room for mistaken identity. The individual must be singled out from all others; otherwise, anyone could be subject to arrest and trial without benefit of "wrong party" defense. Almost always, the means of identification is a person's proper name, BUT ANY MEANS OF IDENTIFICATION IS EQUALLY VALID IF SAID MEANS DIFFERENTIATES THE ACCUSED WITHOUT DOUBT. (There is no constitutionally valid requirement you must identify yourself, see 4th Amendment; also see, *Brown vs. Texas*, 443 US 47 and *Kolender v. Lawson* 461 US 352.)

2.    The statute of offense must be identified by its proper or common name. A number is insufficient. Today, a citizen may stand in jeopardy of criminal sanctions for alleged violation of statutes. regulations, or even low-level bureaucratic orders (example: Colorado, National Monument Superintendent's Orders regarding an unleashed dog or a dog defecating on a trail). If a number were to be deemed sufficient, government could bring new and different charges at any time by alleging clerical error. For any act to be triable as an offense, it must be declared to be a crime. Charges must negate any exception forming part of the statutory definition of an offense, by affirmative non-applicability. In other words, any charge must affirmatively negate any exception found in the law.

3.    The acts of alleged offense must be described in non-prejudicial language and detail so as to enable a person of average intelligence to understand nature of charge (to enable preparation of defense); the actual act or acts constituting the offense complained of. The charge must not be described by parroting the statute; not by the language of same. The naming of the acts of the offense describes a specific offense whereas the verbiage of a statute describes only a general class of offense. Facts must be stated. Conclusions cannot be considered in the determination of probable cause.

4.    The accuser must be named. He/she may be an officer or a third party, but some positively identifiable person (human being) must accuse;

84

62.

some certain person must take responsibility for the making of the accusation, not an agency or an institution. This is the only valid means by which a citizen may begin 'to face his accuser. Also, the injured party (corpus delicti) must make the accusation. Hearsay evidence may not be provided. Anyone else testifying that they heard that another party was injured does not qualify as direct evidence.

5.    The accusation must be made under penalty of perjury. If perjury cannot reach the accuser, there is no accusation. Otherwise, anyone may accuse another falsely without risk.

6.    To comply with the five elements above, that is for the accusation to be valid, the accused must be afforded due process. Accuser must have complied with law, procedure and form in bringing the charge. This includes court-determined probable cause, summons and notice procedure. If lawful process may be abrogated in placing a citizen in jeopardy, then any means may be utilized to deprive a man of his freedom, and all dissent may be stifled by utilization of defective process.

"The essential elements of due process are notice and an opportunity to defend." See *Simon v. Craft*, **182 US 427**.

"One is not entitled to protection unless he has reasonable cause to apprehend danger from a direct answer. The mere assertion of a privilege does not immunize him; the court must determine whether his refusal is justified and may require that he is mistaken in his refusal." *Hoffman v. United States*, **341 U.S. 479 (1951)**

7.    The court must be one of competent jurisdiction. To have valid process, the tribunal must be a creature of its constitution, in accord with the law of its creation, i.e., Article Ill judge. Lacking any of the seven elements or portions thereof, (unless waived, intentionally or unintentionally) all designed to ensure against further prosecution (double jeopardy); it is the defendant's duty to inform the court of facts alleged for determination of sufficiency to support conviction, should one be obtained. Otherwise, there is no lawful notice, and a charge must be dismissed for failure to state an offense. Without lawful notice, there is no personal jurisdiction and all proceedings prior to filing of a proper trial document in compliance with the seven elements are void. A lawful act is always legal but many legal acts by government are often unlawful. Most bureaucrats lack elementary knowledge and incentive to comply with the mandates of constitutional due process. They will make mistakes. Numbers beyond count have been convicted without benefit of governmental adherence to these seven elements. Today, information is being filed and prosecuted by "accepted practice" rather than due process of law.

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the assertor. The court is only to rule on the sufficiency of the proof tendered. See, "*McNutt v. General Motors Acceptance Corp*, **298 U.S. 178 (1936)**. The origins of this doctrine of law may be found in "*MAXFIELD v. LEVY*, **4 U.S. 330 (1797), 4 U.S. 330 (Dall.) 2 Dall. 381 2**

63.

U.S. 381 1 L.Ed. 424

Conclusion: **"If there is NO VICTIM... there is NO CRIME."**

---

## [O] OBSTA PRINCIPIIS.
*"A Lawful Cause for Dismissal"*

I.    **The principle of "obsta principiis"** which means to resist the first approaches or encroachments. Lat. Withstand beginnings; resist the first approaches or encroachments. (See Black's Law definition)

A.    [C]onstitutional provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be obsta principiis ["resist beginnings"]. *Boyd v. United States*, **116 U.S. 616, 6 S. Ct. 524, 29 L. Ed. 746 (1886)**. *Bradley, J.. Boyd v. U. S.*, **116 U. S. 035, 6 Sup. Ct. 535, 29 L. Ed. 746.**, *Hale v. Henkel*, **201 U.S. 43 (1906)**

II.    **Mandatory Requirement to Report Felony**

A.    18 U.S. Code § 4 – Misprision of felony – Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

III.    **Courts of Equity and Law Bound By Law**

B.    2d at 1102, it is well established that "[c]ourts of equity can no more disregard statutory and constitutional

86

64.

requirements and provisions than can courts of law." *Hedges v. Dixon County*, **150 U. S. 182, 150 U. S. 192 (1893).**

C.   "The judge has a duty to continually inspect the record of the case, and if subject-matter jurisdiction does not appear at any time from the record of the case, then he has the duty to dismiss the case lacking subject-matter jurisdiction." See *U.S. v. Will*, **449 U.S. 200, 216, 101 S. Ct. 471, 66 L.Ed.2d 392, 406 (1980):**

D.   "Should a judge act in any case in when he does not have subject-matter jurisdiction, he is acting unlawfully… "and without any judicial authority". See also, *Cohens v. Virginia*, **19 U.S. (6 Wheat) 264, 404, 5 L.Ed. 257 (1821)**

E.   A judge is not the court. See *People v. Zajic*, **88 Ill. App.3d 477, 410 N.E.2d 626 (1980).**

F.   The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.". See *Cooper v. Aaron*, **358 U.S. 1, 78 S.Ct. 1401 (1958)**

G.   Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below). If a judge does not fully comply with the Constitution, then his orders are void, In re *Sawyer*, **124 U.S. 200 (1888)**, he/she is without jurisdiction, and he/she has engaged in an act or acts of treason. TREASON Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. See *U.S. v. Will*, **449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980)**; *Cohens v. Virginia*, **19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)**; What is the penalty for treason? Any judge or attorney who does not report the above judges for treason as required by law may themselves be guilty of misprision of treason, See 18 U.S.C. Section 2382.

87

65.

H.   Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In *Bulloch v. United States*, **763 F.2d 1115, 1121 (10th Cir. 1985)**, the court stated, "Fraud upon the court is fraud which is directed to the judicial machinery itself It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

I.   "Fraud upon the court" makes void the orders and judgments of that court. It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding. See *The People of the State of Illinois v. Fred E. Sterling*, 357 Ill. 354; 192 N.E. 229 (1934)

J.   "The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."; See *Allen F. Moore v. Stanley F. Sievers*, 336 Ill. 316; 168 N.E. 259 (1929).

K.   "The maxim that fraud vitiates every transaction into which it enters ..."; See In re *Village of Willowbrook*, 37 Ill. App.2d 393 (1962)

L.   "It is axiomatic that fraud vitiates everything."; *Dunham v. Dunham*, **57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896);** *Skelly Oil Co. v. Universal Oil Products Co.*, **338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949);**

M.   In *Thomas Stasel v. The Federal law*, when any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.

## IV.   Government is an Artificial Person

A.   In the 1795 SUPREME COURT RULING, ruled that NO CORPORATE JURISDICTION OVER THE NATURAL MAN: "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from

88

66.

creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>" See **Supreme Court Ruling of 1795,** *Penhallow v. Doane's Administraters* **3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54**.

V.    **Attorneys Are a Party to Claim**

A.    The practice of an attorney filing an affidavit on behalf of his client asserting the status of that client is not approved, inasmuch as not only does the affidavit become hearsay, but it places the attorney in a position of witness thus compromising his role as advocate. See *Porter v. Porter,* **(N.D. 1979 ) 274 N.W.2d 235 ñ**

B.    "An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". See *Trinsey v. Pagliaro* **D.C.Pa. 1964, 229 F. Supp. 647**

C.    "Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment." See *Trinsey v Pagliaro*, **D.C.Pa. 1964, 229 F.Supp. 647.**

D.    "Where there are no depositions, admissions, or affidavits the court has no facts to rely on for a summary determination." See *Trinsey v. Pagliaro*, **D.C. Pa. 1964, 229 F. Supp. 647.**

E.    "Pro Per and pro se litigants should therefore always remember that the majority of the time, the motion to dismiss a case is only argued by the opposing attorney, who is not allowed to testify on the facts of the case, the motion to dismiss is never argued by the real party in interest." See *Trinsey v Pagliaro*, **D.C.Pa. 1964, 229 F.Supp. 647:**

F.    "Attorneys can't testify; statements of counsel in brief or in oral argument are not facts before the court." See *United States v. Lovable*, **431 U.S. 783, 97 S. 2004, 52 L.Ed.2d 752 and Gonzales v. Buist, 224 U.S. 126 (1912)**

G.    Statutes forbidding the administering of oath by attorneys in cases in which they may be engaged applies to

67.

affidavits as well. See ***Deyo v. Detroit Creamery Co.* (Mich 1932) 241 N.W.2d 244**

---

## [P]  GRAND LARCENY & THEFT BY DECEPTION.
### *"A Lawful Cause for Dismissal"*

**I.      Grand Larceny**

**A.**   This level of Grand Larceny is charged when the value of the property that is stolen <u>exceeds one million dollars.</u> <u>Grand Larceny in the First Degree is a Class B felony and it</u> <u>carries with it a sentence from 5 years to life imprisonment,</u> <u>along with a fine of up to $10,000</u>.

**B.**   *Theft by Taking*: This involves physically removing or carrying away someone else's property without their consent, with the intent to permanently deprive them of it.

**C.**   *Theft by Deception*: This form of theft involves acquiring someone's property through fraudulent means, deceit, or misrepresentation. Examples include selling counterfeit goods or using false pretenses to gain access to another person's property.

**D.**   *Theft of Services*: In addition to tangible property, theft in Texas can extend to services. Theft of services occurs when someone obtains services without the intent to pay for them or through fraudulent means.

**E.**   *Receiving Stolen Property*: It is also a crime to knowingly possess or receive stolen property, as it contributes to the perpetuation of theft. Individuals found in possession of stolen goods may face charges, even if they were not directly involved in the act of theft.

**F.**   Theft by Taking, Theft by Deception, Receiving Stolen Property; Punishment can range from five years to life imprisonment, along with a fine of up to $10,000.

68.

**G.**  *Identity Theft:* Identity theft occurs when someone uses another person's personally identifying information, like a person's name, Social Security number, or credit card number or other financial information, without permission, to commit fraud or other crimes.

---

## [Q]  COMMERCIAL CRIMES.
*"A Lawful Cause for Dismissal"*

**I.**    **27 CFR § 72.11:** Commercial crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.

**A.**    As public officials personally and individually sworn under oath to uphold the laws of The Constitution of The United States (Express Trust) as the Trustees for "We the People" and placing your Affiant as the Beneficiary of said Trust; now placing you and your parties on official notice that you and your parties are operating in your capacity of your Commercial Oath of Office and if you have committed any unlawful actions which are in violation of your Oath of Office against "We the People"; would place your unlawful actions within the category of "commercial crimes" of which may cause you to be personally and individually liable to "We the People" of these United States of America of which includes your Affiant, Affiant's family and employees, as we accept your Oath of Office and duty as Trustee

91

69.

to your Affiant, Affiant's family as "We the People" and Beneficiaries of said Constitution of The United States Trust.

---

### [R]  TRUSTEE DE SON TORT.
*"A Lawful Cause for Dismissal"*

**I.    Lawful Appointment as Trustee De Son Tort:**

**A.**   Your Affiant states for the record, Affiant LAWFULLY ACCEPTS your "claim" in this matter of controversy as he is the "HOLDER IN DUE COURSE" and according to this "AFFIDAVIT OF TRUTH; LEGAL BRIEF FOR SUBPOENA; DUCES TECUM; DEMAND FOR A BILL OF PARTICULARS; FRUIT OF THE POISONOUS TREE "NOTICE OF LAWFUL ADMINISTRATIVE PROCEDURE FOR REDRESS", your Affiant by way of "EQUITABLE RELIEF", recognizes each of your parties in your OFFICIAL CAPACITY AS THE TRUSTEES UNDER SWORN OATH OF OFFICE", as your Affiant is the BENEFICIARY of "THE CONSTITUTION OF THE UNITED STATES CONSTRUCTIVE (EXPRESS) TRUST", therefore since your Affiant is the Holder in Due Course acting in the capacity and role of the Administrator and Beneficiary, does hereby lawfully and legally name you and your party(s) as the "TRUSTEE DE SON TORT" in this case to settle the matter of controversy.

1.   *Trustee De Son Tort Law and Legal Definition:*

(a)   Trustee De Son Tort means a trustee of his own wrong. S/he is a person who, without legal authority, administers a living person's property to the detriment of the property owner. Trustee De Son Tort is not a regularly appointed trustee but because of interference with the trust can be held by a court as constructive trustee which entails liability for losses to the trust.

(b)   Trustee De Son Tort is not an appointed trustee, but takes on them to act as such and to

70.

possess and administer trust property for the beneficiaries.

B. Since I am the "BENEFICIARY" of "THE CONSTITUTION OF THE UNITED STATES—the Constructive (Express) Trust"; due the fact I have Beneficial and Equitable Interest of my Estate and PERSON "TOM WEICKGENANT", and, by naming you and your party(s) as the Trustee De Son Tort, therefore, you and your party(s) are the public officials whom you are all sworn under oath to "THE CONSTITUTION OF THE UNITED STATES CONSTRUCTIVE (EXPRESS) TRUST" – therefore you and your parties are all now liable to settling the books, taxes, all fiduciary matters, and all matter of controversy by invoking remedy and redress pertaining to this subject matter herein; as you and your parties are the public officials whom have a contractual obligation to the UNITED STATES TREASURY and U.S. GOVERNMENT and the STATE OF TEXAS as the Trustees for "We the People" — your Affiant. Since it is unlawful and illegal to administer a live (living) person's (Affiant) estate without consent from that person (Affiant), as you and your parties have been guilty of doing. Since I now understand what you and your parties have been doing, from this point (in time) moving forward, with the power vested in me as the SOLE ADMINISTRATOR and the SOLE BENEFICIARY of my ESTATE and on behalf of the Weickgenant Family—bloodline, I hereby appoint, designate, and name you and your party(s) as the "Trustee De Son Tort" commanding you to cancel or terminate the Court Order, dismiss the alleged charges, dismiss and settle this case, balance and settle the books and records for me as the Beneficiary, and settle all matters of controversy; court payments, fiduciary duties, payment bonds, securities, security notes, books, records, tax filings, tax payments, tax reporting and all fiduciary duties in my best interest as the BENEFICIARY of the Trust (The Constitution of the United States). According to the laws of the State of Texas, specifically POWERS OF APPOINTMENT: "Chapter 181" as the BENEFICIARY by way of LAW, I hereby APPOINT, NAME,

71.

and DESIGNATE the following public servants by way of their Sworn Oaths of Offices to and for "THE CONSTITUTION OF THE UNITED STATES CONSTRUCTIVE (EXPRESS) TRUST" hereby, now each public officer SECURED AND MAY BE HELD LIABLE BY THEIR OFFICIAL OFFICER'S SURETY BOND AND INSURANCE; who are now acting in the capacity as the "TRUSTEE DE SON TORT" and FIDUCIARY(S) of my ESTATE "TOM WEICKGENANT & THE WEICKGENANT FAMILY";

C.  The Trustee De Son Tort law applies specifically to every "Oath of Office" sworn and subscribed by each and every Public Officer in relation to the "Case Number 6:22-MJ-164 – THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS" (Case) herein the Trustee(s) De Son Tort are named, designated, and assigned by Affiant (the Beneficiary) as follows:

1. **PRIMARY** Trustee De Son Tort "as FIDUCIARY, CONCILIATOR & TRUSTEE":
   a. "Janet Yellen" – United States Secretary of the Treasury
   b. "Charles Walper" – IRS Special Agent
   c. "Daniel Werfel" – IRS US Commissioner
   d. "Jonathan Warsh" – IRS Chief of Staff
   e. "Margie Rollinson" – IRS Chief Counsel
   f. "Douglas (Doug) O'Donnell" – IRS Deputy Commissioner
   g. "Kenneth Corbin" – IRS Chief Taxpayer Services
   h. "Heather Maloy" – IRS Chief Tax Compliance Officer
   i. "Guy Ficco" – IRS Chief Criminal Investigation
   j. "Melanie Krause" – IRS Chief Operating Officer
   k. "Teresa Hunter" – IRS Chief Financial Officer
   l. "Erin M. Collins" – IRS National Taxpayer Advocate
   m. "Elizabeth Askey" – IRS Chief of Independent Office of Appeals

72.

2. **SUCCESSOR** Trustee De Son Tort "as FIDUCIARY, CONCILIATOR & TRUSTEE":
   a. "Roy Payne" – Magistrate Judge
   b. "Ralph Caraway Jr." – Constable Precinct 1
   c. "Wayne Allen" – Constable Precinct 2
   d. "Jim Blackmon" – Constable Precinct 3
   e. "Josh Joplin" – Constable Precinct 4
   f. "Wesley Hicks" – Constable Precinct 5
   g. "Neal Franklin" – Constable's Constitutional County Court Judge for Smith County

D. Your Affiant as the ADMINISTRATOR and the BENEFICIARY of the Estate of TOM WEICKGENANT & THE WEICKGENANT FAMILY states for the record that you and your party(s) are lawfully appointed as your Affiant's "TRUSTEE DE SON TORT" to be the FIDUCIARY, CONCILIATOR and TRUSTEE to settle this court matter and all matters of controversy. In order to remedy this court matter, hold the public officials accountable, to bring remedy, redress to the injured parties, and to dismiss this matter with prejudice, fulfill all tax matters for your Affiant's ESTATE. If remedy is not performed, I as your Affiant and the Beneficiary may file the legal "Fiduciary Relationship Form as – Form 56F - Notice Concerning Fiduciary Relationship of Financial Institution" and the appropriate "Whistleblower Form 211".

E. Your Affiant states for the record, as the "BENEFICIARY" I need you as the "TRUSTEE DE SON TORT" Trustee(s) and Fiduciary(s) to complete the following duties;

F. Step 1: — As the mandatory requirement to report felony, pursuant to "Title 18 U.S. Code § 4 – Misprision of felony: "*Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both*"; since the Internal Revenue Service (IRS), its employees, or agents abused its considerable discretion in defrauding the United States District Court and Honorable Roy

95

73.

Payne as the United States Magistrate Judge by obtaining an *illegal and unlawful* search warrant through their "misrepresentation" of the facts and the truth of the subject matter (against your Affiant) and/or under "false pretenses" of which the parties: under color of law, have committed criminal trespass, the use of deadly lethal force to cause bodily harm, performed an act of terror and "LEWDNESS" against Affiant's wife, false arrest and kidnapping, along with depriving your Affiant the right to have his attorney and the right to his Miranda Rights, and grand larceny, not limited to; theft by taking, theft by deception, the IRS receiving stolen property; therefore committing multiple crimes in violation to "**Article VI—This Constitution**, *and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land*"; and multiple amendments; and in doing so, have violated their Oaths of Office to "We the People"; and pursuant to The Federal Tort Claims Act (FTCA of 1946); due to the harm, injuries, and damages your Affiant, his wife, and their family have sustained by the orders and actions of the Internal Revenue Service (IRS), its employees, agents, along with the IRS Special Agent Walper, the Constable Office/Officers and multiple unnamed parties (pending an independent investigation); this matter of controversy is a Lawful Civil Rights Complaint for Preliminary and Permanent Injunction and Demand for Lawful Redress for which the parties have caused your Affiant; Harm, Injury and Damages, of which are not limited to: Deprivation of Rights Under Color of Law Pursuant to "**42 U.S. Code § 1983**" — Civil action for deprivation of rights; or "**18 U.S. Code § 241**" — Conspiracy against rights; or "**18 U.S. Code § 242**" — Deprivation of rights under color of law; by due process of law pursuant to the Constitution of The United States and the courts within criminal law and equitable law. Therefore, this matter must be resolved according to the harm, injury, and damage incurred and sustained by your Affiant; of which the court must grant relief per *Obsta Principiis*: "[C]onstitutional

96

74.

provisions for the security of person and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be obsta principiis ["resist beginnings"]." See *Boyd v. United States*, 116 U.S. 616, 6 S. Ct. 524, 29 L. Ed. 746 (1886), *Bradley, J.. Boyd v. U. S.*, 116 U. S. 035, 6 Sup. Ct. 535, 29 L. Ed. 746.] , *Hale v. Henkel*, 201 U.S. 43 [1906]); "The judge has a duty to continually inspect the record of the case, and if subject-matter jurisdiction does not appear at any time from the record of the case, then he has the duty to dismiss the case lacking subject-matter jurisdiction." See *U.S. v. Will*, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L.Ed.2d 392, 406 (1980). And the legal maxim for this subject matter: "'Fraud vitiates everything' and a judgment equally with a contract; that is, a judgment obtained directly by fraud, and not merely a judgment founded on a fraudulent instrument; for, in general, the court will not go again into the merits of an action for the purpose of detecting and annulling the fraud." See: The Supreme Court Ruling *United States v. Throckmorton*, 98 U.S. 61 (1878). As the "FIDUCIARY, CONCILIATOR and TRUSTEE" you and your party(s) must immediately remedy this matter pertaining to this case in the Court operating as a Corporation (Inc.) unlawfully against "We the People" of which is registered with "Dun & Bradstreet Listing" pertaining to this case are listed herein as:

1. THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;
   "JUDICIARY COURTS OF THE STATE OF TEXAS"
   Address: William M. Steger Federal Building and United States Courthouse
   211 West Ferguson Street Suite 106
   Tyler, Texas 75702-7222
   Phone: (903) 590-1000, (903) 935-2498
   Fax: (903) 938-7819

75.

★ D-U-N-S number: 041868717 (See "**Exhibit F**").

---

### [S]  FRUIT OF THE POISONOUS TREE.
*"A Lawful Cause for Dismissal"*

I.    **Supreme Court:** "Fruit of the poisonous tree doctrine: A rule under which evidence that is the direct result of illegal conduct on the part of an official is inadmissible in a criminal trial against the victim of the conduct." Fruit of the poisonous trees is a doctrine that extends the exclusionary rule to make evidence inadmissible in court if it was derived from evidence that was illegally obtained. As the metaphor suggests, if the evidential "tree" is tainted, so is its "fruit."

A.    The doctrine was established in 1920 by the decision in *Silverthorne Lumber Co. v. United States*, and the phrase "fruit of the poisonous tree" was coined by Justice Frankfurter in his 1939 opinion in *Nardone v. United States*. The rule typically bars even testimonial evidence resulting from excludable evidence, such as a confession. (See Cornell Law definition)

1.    Since the IRS, its employees, and agents —

a.    Unlawfully and illegally obtained a search warrant by a misrepresentation of facts, truth, and evidence and or under false pretenses; therefore, they have —

b.    Defrauded the United States District Court and Honorable Roy Payne as the United States Magistrate Judge, and they —

c.    Refused to identify themselves and committed a trespass against Affiant on Affiant's private residence and home and when Affiant demanded his attorney (counsel), they denied Affiant his God given; Constitutional Right to have counsel, and they —

76.

d.  Raided the private residence of your Affiant, and as abductors they —

e.  By use of deadly lethal force to cause bodily harm, performed an act of terror and "LEWDNESS" against Affiant's wife Sharon in their master bedroom without the official assistance of a female officer (who was onsite at the time); and then the abductors —

f.  Detained, arrested, and held Affiant and his wife Sharon by way of kidnapping, and —

g.  While the abductors berated Affiant and his wife Sharon with interrogation tactics, the other intruders ransacked the entire private residence and destroyed many items in the home; and —

h.  For hours of enduring being kidnapped and interrogated, without Miranda Rights and Warnings read or explained to Affiant nor his wife Sharon, and —

i.  The abductors continued all this assault after they refused to allow your Affiant the lawful right to call his attorney, and now, a few hours later, in a last attempt your Affiant demanded for an attorney and the abductors finally relented from their interrogation, allowing Affiant to text his attorney, and —

j.  Their unlawful and egregious acts of un-lawlessness have caused your Affiant's wife Sharon to suffer from PTSD, anxiety, depression and fear from being hunted and killed by the IRS, its employees and agents, thereby Affiant's wife is not able to carry on living a high quality of life due to a state of emotional instability, which is causing Affiant's wife Sharon to live in a constant state stress and duress which has affected Affiant's entire family and the quality of life, interpersonal relationships, and our 47+year marriage (since 1977).

77.

k.   Now, the IRS, its employees and agents have attacked your Affiant's business and employees by revoking their EFIN filing access, therefore in their efforts to shut down and destroy Affiant's business by their continual harassing and causing harm, injury, and damage to your Affiant, your Affiant's family, and business.

2.   Therefore, due to the fraudulent actions of the IRS, its employees and agents by defrauding the court, the judge, and your Affiant's family and employee, the method and means of misrepresentation – false pretenses, causing irreparable harm, injury, damage, this case must be dismissed with prejudice due to the IRS, its employees and agents unlawfully obtained all their evidence making it "fruit of the poisonous tree"; thereby making all evidence inadmissible and all phone or in-person conversations and confessions as excludable evidence.

---

**[T]  TACIT PROCURATION.**
*"A Lawful Cause for Dismissal"*

In pursuance with the Biblical exhortation to agree with thine adversary quickly, whilest thou are in the way with him..." (**Matthew 5:25 KJV**) and, considering the manifold issues to be resolved in the above captioned matter I hereby extend this opportunity for us to agree (or disagree) in advance of formal litigation.

Since the proclivity of an adversary is to avoid answering (**Proverbs 29:19 KJV**), the following questions are answered on your behalf to preclude any stalemate arising from your failure to respond, although you may wish to enter specific and detailed objections in the event we are not of one accord.

**SPECIAL ENTRY UPON DISCOVERY VIA TACIT PROCURATION (DEPOSITION)**

100

78.

**"Do you, IRS its employees/agents, admit to the fact ..."**

1.    ... that you and your party(s) are all either operating as public officials or are under supervisory oath working under another public official who has personally "Sworn under Oath" to uphold "The United States Constitution" and this includes "THE UNITED STATES CONSTITUTION CONSTRUCTIVE (EXPRESS) TRUST" for "We the People"?

ANSWER: Yes, this is correct.

2.    ... that anyone operating in the capacity of law enforcement or as  public officer must uphold and honor "ARTICLE VI" of The United States Constitution of America, which has been enumerated; The United States Constitution of America is "The Supreme Law of the Land" and it is required that the public officials and this case must follow The Laws of the Constitution of The United States of America?

ANSWER: Yes, this is correct.

3.    ... that on August 1, 2022, from 8:00am-9:00am you and your parties conducted a raid on or against your Affiant, his family, his private residence (home) of which you did not wholly uphold Article VI of The Constitution of The United States; and there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

4.    ... that according to the 4th Amendment of The United States Constitution of America, which states that your Affiant has the right to "be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." Including all land and property rights are protected by trespass law?

ANSWER: Yes, this is correct.

5.    ... that the raid you and your parties conducted deprived your Affiant and his wife Sharon their 4th Amendment

101

right to be secure their persons and their property against unreasonable searches and seizures? Of which there was no probable cause under the Constitutional law (not including color of law) of which requires an injured party "corpus delicti"; and the official turnover order by a judge with the specific spendthrift trust indentures to be turned over; listing specific things to be seized? By which you refused to allow your Affiant and his wife to view such search warrant? Of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

6.    ... that according to the 5th Amendment of The United States Constitution of America, which states that "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation"?

ANSWER: Yes, this is correct.

7.    ... that the raid you and your parties conducted deprived your Affiant and his wife Sharon their 5th Amendment right to not be compelled to be a witness against themselves; as you and your parties denied and deprived them of their right to have their attorney when they asked for one, when you refused to read them their Miranda Rights & Warnings, when you berated them, as you interrogated your Affiant and Affiant's wife Sharon for hours on end, while using deadly lethal force to scare, intimidate them while placing them under stress, duress, and coercion to answer to your liking? Also, by these egregious acts committed by you and your parties; you deprived your Affiant and Affiant's wife Sharon of their right to due process of

102

80.

law; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

8. ... that according to the 6th Amendment of The United States Constitution of America, which states that "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense"?

ANSWER: Yes, this is correct.

9. ... that the raid you and your parties conducted deprived your Affiant and his wife Sharon their 6th Amendment right to be confronted with the witness against them; of which you deprived them of their right to inspect and read the alleged search warrant until their attorney demanded it, and you still withheld the complete entirety of the search warrant, and when your Affiant asked "where's the probable cause?" your party replied, "you'll get that at the indictment"; and when your Affiant demanded his attorney in the beginning before you and your parties conducted your unlawful raid, demanding, "I would like to call my attorney!" as you and your party(s) said, "No!", as you and your parties denied your Affiant and his wife Sharon their right "to have the assistance of counsel for their defense", as you and your parties blatantly proceeded to unlawfully enter and raid your Affiant's private residence and home; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

10. ... that according to the 8th Amendment of The United States Constitution of America, which states that "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted"?

103

81.

ANSWER: Yes, this is correct.

**11.** ... that the raid you and your parties conducted deprived your Affiant and his wife Sharon their 8th Amendment right to not be inflicted with cruel and unusual punishment; of which you and your parties used armed weapons consisting of guns and assault rifles to enter your Affiant's room, terrorize Affiant's wife Sharon, while using lethal deadly force to wake her out of deep sleep, force her to get out of bed indisposed in her nakedness while more than seven (7) men watched her in this immoral incident; they are guilty of causing terror, perversion, and lewdness; causing her to now live in fear, stress, duress, anxiety, and PTSD; additionally, the hours of interrogation, berating your Affiant and Affiant's wife Sharon; under arrest and kidnapping without the right to our attorney nor Miranda Rights allowed, of which the multiple egregious actions of you and your parties have caused your Affiant and Affiant's wife to be inflicted with cruel and unusual punishment; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

**12.** ... that you and your parties obtained the search warrant to raid your Affiant's private residence and property based on presenting to the Magistrate Roy Payne a misrepresentation of the facts and truth of the subject matter and your Affiant, and/or under false pretenses; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

**13.** ... that if you and your parties obtained the search warrant to raid your Affiant's private residence and property based on a misrepresentation of the facts and under false pretenses; which means you and your parties defrauded the U.S. Government, the Federal Court, the Federal Magistrate Judge, your Affiant, Affiant's wife Sharon, Affiant's family, along with you and your parties being in violation of your Oaths

82.

of Office to the Constitution of the United States; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

14. ... that if you and your parties seized your Affiant's 372+ client's trusts encompassing 738 private spendthrift trusts indenture and property including private personal file, private identity files, without a lawful "turnover order" issued by a judge with specific listings of each trust required to be "turned over" then you and your parties have committed "armed robbery and first degree grand larceny" against your Affiant, Affiant's family and Affiant's 372+ clients; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

15. ... that according to the Supreme Court's "Fruit of the poisonous tree" doctrine; which is "the rule under which evidence that is the direct result of illegal conduct on the part of an official is inadmissible in a criminal trial against the victim of the conduct."... and "is a doctrine that extends the exclusionary rule to make evidence inadmissible in court if it was derived from evidence that was illegally obtained. As the metaphor suggests, if the evidential "tree" is tainted, so is its "fruit." ... therefore, the unlawful and fraudulent actions committed by you and your parties have resulted in multiple counts or incidents that prove "Fruit of the poisonous tree"; of which this case lacks probable cause or lawful claim, which concludes it to be lawfully dismissed with prejudice; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

16. ... that as a result of the actions of you and your parties, as public officials, are in direct violation of the Public Official's Sworn Oath of Office and the God given rights outlined and enumerated in The United States Constitution of America; pursuant to 42 U.S. Code § 1983 – Civil action for deprivation of rights, and 18 U.S. Code § 241 – Conspiracy against rights, and 18 U.S. Code § 242 – Deprivation of rights under color of law;

105

83.

and The Federal Tort Claims Act (FTCA of 1946). And due to the facts of this case, which has no basis in which a lawful claim can be made, this case is now fully dismissed with prejudice for failure to state a cause of action for which relief can be granted, and for lack of lawful claim by an injured party; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

17.  … that you and your parties understand and agree that pursuant to The Constitution of The United States (Trust), your Affiant has every right to seek remedy and redress for injury, harm, and damages; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

18.  … that pursuant to the Law, specifically "Article VI" of The Constitution of The United States (Trust) establishes it as "The Supreme Law of the Land". Therefore, your Affiant has the right to hold you and your parties accountable to the exact specific law that you and your parties have sworn upon your individual and personal autograph (seal) and attestation to your Oath of Office promising to uphold, protect, and honor the "People's" God given rights enumerated in The Constitution of The United States (Trust). Therefore, if you and your parties are in violation of your sworn Oaths of Office (promise), your Affiant is allowed and required to make a lawful claim to ensure you and your parties are compliant with The Constitution of The United States (Trust). Your Affiant is giving you lawful notice of crimes you are committing by using your Oath of Office; which are unlawful, pursuant to the laws listed in the "AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS" (See "**Exhibit C**" *and pg.40*), which can also be viewed herein. And if you and your parties are found to be in violation of the Law and your Oaths of Office, you and your parties may be held liable for the harm, injury, and damages you have caused your Affiant and Affiant's wife/family in the capacity of an individual and personally liable due to violating your Oaths of Office since "The Federal Tort Claims

106

84.

Act (FTCA of 1946)" overrides sovereign/judicial immunity of Public Officers whom are in violation of their Oaths of Office, therefore by your unlawful actions if you choose to continue to pursue this matter unlawfully against your Affiant, therefore you and your party(s) are willing to pay for damages pertaining to and not limited to civil, statutory, personal, commercial: damages: Treble, Compensatory (Actual), Punitive (Exemplary), Restitutionary, all due to you and your party(s) causing your Affiant "Pain and Suffering, Loss of Enjoyment of Life, Medical Expenses, Physical Pain and Suffering, Economic Damages, Mental Anguish, Mental Trauma, Emotional Distress, Replacing or Repairing Property (Property Damage), Damaged Reputation, Diminished Quality of Life, Lost Wages, Loss of Profits, re: Injury to your Affiant as the 'Injured Party/Claimant'." All these charges are pursuant to the Law of which you and your parties have sworn individually and personally upon the Constitution of The United States (Trust) and such actions to be found unlawful and criminal pursuant to and limited to: '42 U.S. Code § 1983 – Civil action for deprivation of rights'; and '18 U.S. Code § 241 – Conspiracy against rights'; and '18 U.S. Code § 242 – Deprivation of rights under color of law;' and the following: 'Title 18 USC Sections 3571, 1091, 4, 241, 872, 876, 1001, 1621, 1622, 1963, 1964, TORT-The Federal Tort Claims Act (FTCA of 1946); requiring lawful punishment therefrom. Also, U.S. Constitution: Article 1 Section 10 of The Constitution of the United States; "impairing the Obligation of Contracts", Article 2, Section IV; Article 6, the 5th, 6th, 7th, 14th Amendments as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions'; of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

19. ... that you and your Parties agree to these actions, charges, crimes to be placed upon you and your persons due to the unlawful actions, violation of your Oaths of Office to be placed against you in your individual and personal capacity due to your violation of your Oath of Office pursuant to "The Federal

107

85.

Tort Claims Act (FTCA of 1946)" to the effect that you and your parties cannot claim sovereign or judicial immunity; (see "AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS." These Damages were determined by GOVERNMENT itself for the violation listed); of which there is no existence of any evidence or proof to the contrary?

ANSWER: Yes, this is correct.

---

# DISCLAIMER

Your Affiant further notices he is a living soul created by God and your Affiant is not a decedent; **Genesis 2:7 KJV** and your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution being the Supreme Law of the Land, without the Living Soul and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes under **Title 18 USC Sections 3571, 1091, 4, 241, 872, 876, 1001, 1621, 1622, 1963, 1964, TORT;** requiring lawful punishment therefrom. Also, U.S. Constitution Article 2, Section IV; as well as 18 USC 241-242, 42 USC 1983, 1985, 1986, and other state Constitutions.

# DETERMINATION/STIPULATION FINAL

If you disagree with anything in this "AFFIDAVIT OF TRUTH

86.

OF TOM WEICKGENANT; LEGAL BRIEF FOR "SUBPOENA DUCES TECUM; A DEMAND FOR A BILL OF PARTICULARS; FRUIT OF THE POISONOUS TREE; NOTICE OF LAWFUL ADMINISTRATIVE PROCEDURE FOR REDRESS." you must respond and your response must be notarized under penalty of perjury and all facts and evidence must be attached within twenty-one (21) days, starting on the day you officially received, view, autograph or sign for this Certified Letter. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this affidavit is accepted, true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. You must respond by certified mail to your Affiant Tom Weickgenant c/o 14816 Eastside Rd., Tyler, Texas [75707-9998]

This Determination becomes FINAL, unless specifically objected to, point for point, in detail, under oath, only in an affidavit under penalty of perjury within twenty-one (21) days of receipt; an extension of time granted if Lawful authority is cited within the initial twenty-one (21) day period.

This "AFFIDAVIT OF TRUTH OF TOM WEICKGENANT; LEGAL BRIEF FOR SUBPOENA DUCES TECUM; A DEMAND FOR A BILL OF PARTICULARS; FRUIT OF THE POISONOUS TREE; NOTICE OF LAWFUL ADMINISTRATIVE PROCEDURE FOR REDRESS." is prima facie valid: **See, e.g., Bell Atlantic Corp. v. Twombly, 550 U.S. 554 (2007); Swierkiewicz v. Sorema N.A., 534 U.S. 506 (2002); Hernandez v. New York, 500 US 352 (1991).**

Your silence is your acquiescence. *(Also, it is your Tacit Admission to the Facts stated herein)* See: **Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law."** Also, see: **U.S. v. Tweel, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or**

87.

moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

Of this presentment take due **NOTICE** and heed and govern yourself accordingly.

**Further, Affiant sayeth naught.**

IN WITNESS AND TESTIMONY WHEREOF, "I hereunto set my hand and seal on this **23rd day** of the **Fourth/April month in the year of our Lord two thousand and twenty-four** and under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having firsthand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of perjury under the laws of the united States of America, Common Law of the superior court, and International Common Law that the foregoing is true and correct to the best of my ability."

Executed by Claimant/Affiant:                                    **Seal:**
_____ (Seal)
*Autographed Under UCC 1-308 "Without Prejudice"* by Tom Weickgenant L.S., "Reference to 'L.S. is Living Soul' – **KJV Genesis 2:7**", Affiant / First-hand Material Fact Witness / Claimant / "The People" / Secured Party / The Administrator & Paramount Shareholder for the Cestui Que Vie Trust re: **Cestui Que Vie Act 1666**, known as TOM WEICKGENANT.

Affirmed, Sealed & Executed on: April 23rd, 2024 (Date)

**JURAT**

Texas state                )        §
                           ) ss.    §
Smith county               )        §

110

88.

ATTESTATION:

Sworn to (or affirmed) and subscribed before me on this **23rd day** of the **Fourth/April month in the year of our Lord two thousand and twenty-four** by Tom Weickgenant L.S. proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____ (seal) 4-23-2024

Notary Public's Autograph                         Date

BARBARA DUFFEY
Notary Public
State of Texas
ID # 13170347-8
My Comm. Expires 08-30-2026

## WITNESSES: (optional)

Pursuant to the Bible Doctrine of "...two or three witnesses" (**"Deuteronomy 19:15, Matthew-18:16"**, etc.) and **"Public Law 97-280"**, we put our hands to this instrument with all rights explicitly reserved under UCC 1-308 "Without Prejudice".

→ Executed by **Witness** (#1) : _____          *Seal:*
**Date** of Execution: _____
*Autographed by firsthand witness Under UCC 1-308 "Without Prejudice", as an* inhabitant of _____ County, _____ state,
I set my hand upon and seal: _____ (Autograph).

→ Executed by **Witness** (#2) : _____          *Seal:*
**Date** of Execution: _____
*Autographed by firsthand witness Under UCC 1-308 "Without Prejudice", as an* inhabitant of _____ County, _____ state,

I set my hand upon and seal: _____ (Autograph).I set my hand upon and seal:

_____ (Autograph).

→ Executed by **Witness** (#3) : _____          *Seal:*
**Date** of Execution: _____
*Autographed by firsthand witness Under UCC 1-308 "Without Prejudice", as an* inhabitant of _____ County, _____ state,

89.

I set my hand upon and seal: _____ (Autograph).

**SPECIAL ENTRY UPON DISCOVERY BY AFFIDAVIT — "LEGAL BRIEF FOR SUBPOENA DUCES TECUM; A DEMAND FOR A BILL OF PARTICULARS; FRUIT OF THE POISONOUS TREE; NOTICE OF LAWFUL ADMINISTRATIVE PROCEDURE FOR REDRESS."**