# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

THE WEICKGENANT FAMILY, TOM § 
WEICKGENANT § 
§ 
*Plaintiffs,* § 
§ 
v. § 
§        CASE NO. 2:24-CV-00281-JRG-RSP
US DEPARTMENT OF THE § 
TREASURY, INTERNAL REVENUE § 
SERVICE (IRS) § 
§ 
*Defendants.* § 

## ORDER

Plaintiffs Tom Weickgenant and the Weickgenant Family ("Plaintiffs") previously filed a Motion for a Preliminary Injunction (Dkt. No. 5), and a Motion to Bar Contact, Summons, and Enforcement Actions (Dkt. No. 6) ("Motions"). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 14), recommending denial of the Motions. Given that no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motions (Dkt. Nos. 5, 6) are **DENIED**.

**So ORDERED and SIGNED this 24th day of March, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE